1  TAMANY J. VINSON BENTZ (SBN 258600)
   DLA PIPER LLP (US)
2  2000 Avenue of the Stars
   Suite 400, North Tower
3  Los Angeles, CA 90067
   Telephone.: 310-595-3000
4  Facsimile: 310-595-3300
   tamany.bentz@us.dlapiper.com
5
   COLIN STEELE (NY Bar No. 5436001 *pro hac vice forthcoming*)
6  DLA PIPER LLP (US)
   1251 Avenue of the Americas
7  New York, NY 10020
   Telephone.: 212-335-4500
8  Facsimile: 212-335-4501
   colin.steele@us.dlapiper.com
9
   Attorneys for Plaintiff
10 BGC INC.

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| BGC INC., | Case No. |
| Plaintiff, | **COMPLAINT FOR** |
| v. | **1) FEDERAL TRADEMARK INFRINGEMENT(LANHAM ACT, 15 U.S.C. § 1114);** |
| RAUHMEL FOX ROBINSON; BLACK GIRLS CODE INC., | **2) FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (LANHAM ACT, 15 U.S.C. § 1125);** |
| Defendants. | **3) STATE COMMON LAW TRADEMARK INFRINGEMENT;** |
| | **4) STATE UNFAIR COMPETITION (UNDER CAL. BUS. & PROF. CODE § 17200)** |
| | **5) TORTIOUS INTERFERENCE WITH BUSINESS RELATIONSHIPS** |
| | **DEMAND FOR JURY TRIAL** |

28

COMPLAINT

**INTRADISTRICT ASSIGNMENT**

This matter should be assigned to the San Francisco or Oakland Division pursuant to Civil L.R. 3-2(c).  Plaintiff BGC Inc. has its principal place of business in Oakland, California, and, on information and belief Defendants Rauhmel Fox Robinson and Black Girls Code Inc. conduct business throughout the United States, including within Oakland.  Further, a substantial part of the events and omissions which give rise to the claims described below occurred or originated in Oakland.

**INTRODUCTION TO THIS ACTION**

1.      Plaintiff BGC Inc. ("BGC") is a non-profit organization founded to advance equal representation for Black women in the technology sector.  For over a decade, BGC and its predecessors have worked to build pathways for Black girls to enter the technology sector as builders and creators by introducing them to skills in computer programming and technology.  BGC and its predecessors have been continuously using the trademark BLACK GIRLS CODE in connection with these services since at least 2011.  During that time, BGC has built a strong reputation for its high-quality services, including receiving numerous awards and grants and entering into partnerships with a host of other well-known companies in the technology sector.  BGC secured a federal registration for the BLACK GIRLS CODE trademark in 2020. *See* Exhibit 1.

2.      BGC was previously incorporated under the name Black Girls Code Inc. In or about late 2021, BGC's corporate registration briefly lapsed.  Defendant Rauhmel Fox Robinson exploited this lapsed registration to commandeer the well-k nown Black Girls Code name along with the significant good will and public r ecognition BGC has spent more than a decade building up in the BLACK GIRLS C ODE mark by registering Defendant Black Girls Code Inc. (together with Mr. Robinson, "Defendants") with the Delaware Department of State.

/ / /

/ / /

3.      Defendants hold Black Girls Code Inc. out as offering services which are identical to those offered by BGC—albeit with troubling variations.  Where BGC works to empower Black girls and to provide them with the training and skills necessary for obtaining employment in the tech sector, Defendants are seeking 10,000 "volunteers" to develop apps *for Defendants*.   Notably, each of these "volunteers" will need to pay an annual $250.00 "volunteer registration fee" for the privilege of performing free labor for the Defendants.  Defendants advertise that they are accepting any volunteers over 13 years of age, and emphasize that these underage "volunteers" need not secure permission from their parents to participate.  Additionally, Defendants are actively soliciting donations from the general public under the BLACK GIRLS CODE mark to fund these activities.

4.      Defendants are attempting to obscure the questionable nature of their business behind the widely recognized and trusted BLACK GIRLS CODE mark.  Indeed, Defendants are deceptively recruiting volunteers and soliciting donations by falsely representing to consumers that Black Girls Code Inc. *is in fact BGC*, including by publicly claiming that Black Girls Code Inc. is "upgraded from" BGC, that Black Girls Code Inc. "acquired" the name Black Girls Code from BGC, and that Mr. Robinson is BGC's "new leadership," none of which is true.

5.      BGC has attempted to resolve this issue informally with Defendants, including by contacting Defendants and providing information regarding BGC's prior registration and use of its BLACK GIRLS CODE mark.  Defendants did not provide any response to those communications.  Consequently, BGC brings this action in this Court for redress and an injunction in order to stop any confusion in the marketplace.

## THE PARTIES

6.      BGC is a Non Profit Public Benefit Corporation organized under the laws of California with a principal place of business at 1736 Franklin Street, 10th

/ / /

Floor, Oakland, California 94612.

7.     Defendant Black Girls Code Inc. is a Delaware corporation with a principal place of business at 1 South Market Street, Unit 1413, San Jose, CA 95113.

8.     Defendant Rauhmel Fox Robinson is an individual who, upon information and belief, resides at 1 South Market Street, Unit 1413, San Jose, CA 95113.

## ALTER EGO

9.     Upon information and belief, Mr. Robinson is the sole employee of Black Girls Code Inc. and exercises complete control over its actions and activities.

10.     Upon information and belief, Mr. Robinson is the sole party with any ownership interest in Black Girls Code Inc.

11.     Upon information and belief, Black Girls Code Inc. has no finances separate from those of Mr. Robinson.

12.     Upon information and belief, the business address for Black Girls Code Inc. is Mr. Robinson's home address.

13.     Defendants' conduct and infringement of BGC's rights is conducted in part on Mr. Robinson's personal social media accounts.

14.     Thus, and upon information and belief, Black Girls Code Inc. is nothing more than a shell entity set up as a conduit for the business of Mr. Robinson.  Each of the Defendants is and at all relevant times has been the agent, principal, employee, representative, or alter ego of the other and/or acted with the other Defendant's knowledge, consent and approval, and acted within the course and scope of their agency or representative capacity.  As such, each of the Defendants is responsible for the actions of the other, as alleged herein.

## JURISDICTION AND VENUE

15.     This is a civil action alleging federal trademark infringement, false designation of origin, and unfair competition in violation of the Lanham Act, 15

/ / /

COMPLAINT

U.S.C. §§ 1114, 1125, common law trademark infringement, unfair competition under California law, including Business & Professions Code § 17200, and tortious interference with business relationships.

16. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331, 1337(a), 1338(a) and (b), because the claims address federal questions concerning the Lanham Act. This Court has supplemental jurisdiction over BGC's state law claims because those claims are joined with substantially related claims under the Lanham Act. This Court also has supplemental jurisdiction over BGC's state law claims pursuant to 28 U.S.C. § 1367(a), because all of BGC's claims arise out of a common nucleus of operative facts.

17. This Court has personal jurisdiction over Black Girls Code Inc. because its principal place of business is located in San Jose, CA. This Court has personal jurisdiction over Mr. Robinson because, upon information and belief, he resides in the state of California. Defendants have also registered Black Girls Code Inc. to do business in California with the California Department of State, a fact they repeatedly tout and advertise on social media. *See* Exhibits 2, 3. Moreover, both Defendants have conducted business throughout the State of California and have attempted to derive financial benefits from residents of the State of California.

18. Jurisdiction over Defendants is also proper for the additional and alternative reason that Defendants market and sell the services at issue to residents of the State of California and otherwise place the infringing services into the stream of commerce, with the knowledge or understanding that such services are sold in the State of California, including within this District. Defendants are moreover seeking "volunteers" located in the State of California, including within this District.

19. Venue in this Court exists under: (i) 28 U.S.C. §§ 1391(b)(1), (c)(2), as Defendants conduct business within this District and are subject to the Court's personal jurisdiction; and (ii) § 1391(b)(2), as a substantial part of the events giving

/ / /

1  rise to BGC's claims occurred within this District.

2  **FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**

3  **BGC's Business**

4     20.    BGC is a non-profit organization founded to advance equal

5  representation for Black women in the tech sector.  For over a decade, BGC has

6  worked to build pathways for Black girls to enter the tech sector as builders and

7  creators by introducing them to skills in computer programming and technology.

8     21.    BGC offers one day workshops, enrichment activities, summer camps,

9  and code clubs.  Each program has a specific subject in one of five program domains:

10  virtual reality, robotics, game design, web design, and mobile app development.

11  These events take place throughout the year and are led by tech professionals and

12  influencers.  Since its establishment in 2011, over 10,000 girls have participated in

13  programs offered by BGC.

14     22.    BGC has received widespread recognition and numerous awards for its

15  programs and services, including the SXSW Community Service Award (*see* Exhibit

16  4).  BGC has also entered into partnerships with, and received grants from, a host of

17  well-known companies inside and outside the tech space, including Nike (*see* Exhibit

18  5), IBM (*see* Exhibit 6), and Microsoft (*see* Exhibit 7).

19     23.    Since 2011, BGC has made continuous use of the trademark "BLACK

20  GIRLS CODE" in connection with its services and products.  Highlighting the

21  importance of the mark to BGC's business, "BLACK GIRLS CODE" appears

22  prominently and repeatedly on BGC's website, throughout BGC's marketing

23  materials, and even in the URL for BGC's website, www.blackgirlscode.com:

24

25

26

27

28



24. BGC and its services are regularly referred to in media and press by reference to the BLACK GIRLS CODE mark. *See, e.g.* Exs. 8-12 (selection of news articles discussing BGC and its services).

25. BGC is the owner of U.S. Federal Trademark Registration No. 6,145,379 which covers the mark "BLACK GIRLS CODE" in connection with classes 36 (charitable fundraising), 41 (education services), and 42 (charitable services). A true and correct copy of Reg. No. 6,145,379 is attached hereto as Exhibit 1.[1] Per the registration, which issued in September of 2020, the BLACK GIRLS CODE mark was first used in commerce in April of 2011. *See id.* The BLACK GIRLS CODE mark has been in continuous use since at least that time.

26. BGC owns common law rights to the BLACK GIRLS CODE mark

---

[1] As previously noted, BGC was previously incorporated under the name "Black Girls Code," but was unable to renew its corporate registration under that name after Mr. Robinson registered his infringing corporation. BGC accordingly renewed its registration under the name "BGC, Inc." While the registration for the BLACK GIRLS CODE Mark still lists BGC's prior name, Black Girls Code Corporation, as the owner of the mark, BGC the registration will be updated to reflect BGC's new corporate name. There has been no transfer of ownership of the BLACK GIRLS CODE Mark, the same entity owns the mark as did previously, only the name of that entity has changed.

through the extensive and continuous use by BGC and its predecessors of the mark in California and other States in the United States (these rights, together with the registered BLACK GIRLS CODE mark discussed above, are referred to herein as the "BLACK GIRLS CODE Mark").

27.   Based on the extensive use of the BLACK GIRLS CODE Mark in connection with BGC's business, the BLACK GIRLS CODE Mark has taken on secondary meaning among consumers as a mark unique to and associated with BGC and its services.

## **Defendants' Infringing Activities**

28.   Mr. Robinson registered Defendant Black Girls Code Inc. as an exempt organization with the Delaware Department of State on January 10, 2022.   *See* Exhibit 2 at 2.   Mr. Robinson has subsequently registered Black Girls Code Inc. to conduct business in California.   *See* Exhibit 2.   Upon information and belief, Mr. Robinson took these actions in an attempt to co-opt the BLACK GIRLS CODE Mark and to prevent BGC from renewing its corporate registration in California.

29.   Defendants make repeated infringing use of the BLACK GIRLS CODE Mark on the website for "Black Girls Code Inc.," on social media, and in advertising. The URL for the Black Girls Code Inc. website—www.blackgirlscodeinc.org— contains the full BLACK GIRLS CODE Mark, without alteration.   And as soon as one visits that website, a copy of which is attached as Exhibit 13, the first item displayed is the BLACK GIRLS CODE Mark, in full and without alteration:



30.    Defendants also make repeated and infringing use of the full BLACK GIRLS CODE Mark in their advertising and on social media, including on the Twitter account for Black Girls Code Inc. (https://twitter.com/BlackGirlsCode_) and on Mr. Rauhmel's personal Twitter account (https://twitter.com/RauhmelFoxCEO).   The examples set out below are only a handful of the hundreds of infringing tweets posted to these feeds by Defendants since the beginning of this year alone.

31.    Defendants' tweets make clear that Defendants are deceptively trying to lead consumers to believe that Black Girls Code Inc. is in fact BGC, that Black Girls Code Inc. has somehow taken over BGC and its business, or that the two companies are otherwise related to one another, none of which is true.

32.    Among many other false and misleading statements, Defendants have publicly claimed (1) that Black Girls Inc. is "upgraded from" BGC;

-8-

COMPLAINT

1

2

3

4

5

6

7

8

9

10

11



(2) that Mr. Robinson "acquired" the name Black Girls Code from BGC (a claim

12

made alongside footage of Mr. Robinson attending a BGC event);

13

14



15

16

17



18

19

and (3) that Mr. Robinson is BGC's "new leadership."

20

21

22



23

24

25

26        33.    Defendants' misuse of the BLACK GIRLS CODE Mark is particularly

27    problematic given that Defendants represent that they are engaged in exactly the same

28

business as BGC.  Indeed, Defendants are actively attempting to deceive the public and to convince consumers that they have taken over BGC and its business.

34.    Defendants have previously claimed that the services they provide will be to "train" iOS app developers—the exact services provided by BGC—and implied that they are providing these services to address gender disparities in the tech field.



**BLACK GIRLS CODE INC** ♂ Applied Scientific Research  @BlackGirlsCode_
Replying to @afrodiziac80
BLACK GIRLS CODE INC. was acquired on 1/11/22. This will be reported on soon.

Email Rauhmel Fox directly: ceo@blackgirlscodeinc.org

There are over 5,786 IOS Developers currently employed in the USA. 16.6% are women, while 75.1% are men.

My goal is to train 10,000 iOS app devs.

1/27/2022 11:48 PM (UTC -08:00)   Comments: 0 Retweets: 1 Likes: 0

35.    The fact that Defendants are claiming to provide the exact services provided by BGC, using the entirety of the BLACK GIRLS CODE Mark, all while actively claiming that they have in some way taken over BGC's business is troubling enough on its own.  But Defendants' more recent statements have only amplified these concerns, and seriously called into question the nature of Defendants' business.

36.    More recent tweets from Defendants indicate that, rather than participating in a training program, those who "volunteer" with Black Girls Code Inc. will instead be coding apps to then be sold by Defendants, and that they will need to pay an annual $250.00 "volunteer registration fee" for the privilege of doing so:



**WHOMENTORSDOTCOM INC.** Text FUNDS to 44321  @RauhmelFoxCEO · Retweeted by @BlackGirlsCode_
Rauhmel Fox, Director & CEO, will supervise 10,000 volunteer iOS developers* to code iOS mobile applications for BLACK GIRLS CODE INC. and publish to Apple App Store. *Age: 13+

Remit $250 annual volunteer registration fee: join.blackgirlscodeinc.org

Email ceo@blackgirlscodeinc.org

2/10/2022 7:48 AM (UTC -08:00)   Comments: 0 Retweets: 1 Likes: 0

37.    More concerning still, Defendants emphasize that children over the age of 13 can pay to sign up for this "volunteer" program without obtaining permission from their parents to do so:

COMPLAINT

1

2

3



4

5     38.    Defendants are also actively soliciting donations from the public under

6     the full and unaltered Black Girls Code Mark.

7

8

9

10

11

12     

13

14

15

16

17    39.    Defendants have also been reaching out to BGC's business partners,

18    including companies which assist BGC in collecting and processing donations, such

19    as donorbox, claiming that BGC no longer has the right to use the BLACK GIRLS

20    CODE Mark.  Defendants' actions have disrupted BGC's relationships with those

21    entities.   At least one of BGC's business partners, donorbox, has already reached out

22    to BGC stating that it is donorbox's understanding based upon misrepresentations

23    from Mr. Robinson that BGC is no longer entitled to use the BLACK GIRLS CODE

24    Mark.

25    40.    Defendants' marketing and use of the BLACK GIRLS CODE Mark to

26    solicit donations and to advertise their services is certain to cause confusion as to

27    association, sponsorship, ownership, or affiliation between Defendants and BGC and

28    / / /

-11-

1   its BLACK GIRLS CODE Mark, thereby infringing BGC's rights in its Mark.

2   Indeed, Defendants are intentionally endeavoring to create such confusion, and are

3   representing to BGC's business partners that BGC no longer has the right to use its

4   Mark.

5   ### **The Parties' Correspondence**

6   41.   Mr. Robinson reached out to BGC by letter on January 21, 2022 on

7   behalf of Black Girls Code Inc, demanding that BGC cancel its registration of, and

8   cease use of, the BLACK GIRLS CODE Mark.  *See* Exhibit 14.

9   42.   BGC responded to Mr. Robinson's letter on February 15, 2022 and

10  provided information concerning BGC's ownership of the BLACK GIRLS CODE

11  Mark and its continuing rights to use that mark.  *See* Exhibit 15.  BGC further detailed

12  the ways in which Defendants' infringing uses of the BLACK GIRLS CODE Mark

13  would inevitably cause consumer confusion, and demanded that Defendants cease

14  such uses.

15  43.   Defendants have not provided any response to BGC's letter.

16  Consequently, BGC brings this action in this Court for redress and an injunction in

17  order to stop any confusion in the marketplace.

18  ### **FIRST CLAIM FOR RELIEF**
19  ### **(Federal Trademark Infringement – 15 U.S.C. § 1114)**

20  44.   BGC repeats and realleges each and every allegation contained in

21  paragraphs 1 through 43 above, as if set forth herein in full.

22  45.   BGC's BLACK GIRLS CODE Mark is inherently distinctive, or in the

23  alternative has acquired secondary meaning, and BGC has used and marketed its

24  Mark to distinguish and to identify its software products.  BGC has acquired

25  substantial goodwill through the use of its BLACK GIRLS CODE Mark, and has

26  obtained a federal registration for the BLACK GIRLS CODE Mark.

27  46.   Defendants' use of the BLACK GIRLS CODE Mark is likely to cause

28  / / /

confusion, mistake, or deception, and constitutes infringement of BGC's registered trademark in violation of the Lanham Act, including but not limited to 15 U.S.C. § 1114.

47.    Upon information and belief, Defendants were fully aware of BGC and BGC's BLACK GIRLS CODE Mark and the use thereof by BGC to identify BGC and BGC's products and services, prior to Defendants' use of the BLACK GIRLS CODE Mark.

48.    As a result of Defendants' acts of trademark infringement and unfair competition, Defendants have profited and benefited in the marketplace, at the expense of and causing injury to BGC.

49.    As a result of Defendants' adoption and use of the BLACK GIRLS CODE Mark, Defendants are able to obtain recognition and build a reputation in the market, all to the detriment of BGC and to the benefit, and unjust enrichment and profit, of Defendants.

50.    As a result of Defendants' unlawful conduct, BGC has been and continues to be substantially and irreparably harmed.  If Defendants' infringement and unlawful acts are permitted to continue, BGC will sustain further damage and irreparable injury.  Through such unfair acts and Defendants' use of a confusingly similar mark, the value of BGC's BLACK GIRLS CODE Mark will be diminished or destroyed, for which damage BGC cannot be adequately compensated at law.

51.    Defendants have derived unlawful gains and profits from their infringement of BGC's BLACK GIRLS CODE Mark, and Defendants thereby have caused loss and damage to BGC's goodwill, and the BLACK GIRLS CODE Mark. As a proximate result of Defendants' infringement, BGC has suffered and is likely to suffer injury to its business, goodwill, reputation, and profit, all to the damage of BGC, in an amount as yet unknown but to be proven at trial.

52.    BGC's damages may be trebled pursuant to Section 35(a) of the Lanham

/ / /

Act, 15 U.S.C. § 1117(a) because, upon information and belief, Defendants' actions have been committed willfully, with intent and full knowledge of BGC's rights, among other things.  In addition, BGC is entitled to recover Defendants' profits and reasonable royalties, as well as costs of this action and reasonable attorneys' fees.

**SECOND CLAIM FOR RELIEF**
**(Federal Unfair Competition – 15 U.S.C. § 1125)**

53.    BGC repeats and realleges each and every allegation contained in Paragraphs 1 through 52 above, as if set forth herein in full.

54.    Defendants' use of the BLACK GIRLS CODE Mark in connection with Defendants' goods and services and related promotional activities is likely to cause confusion, mistake, or deception as to affiliation, connection, or association with BGC, and is also likely to cause confusion as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by BGC, all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

55.    In addition, Defendants' use of the BLACK GIRLS CODE Mark constitutes a false designation of origin, false or misleading description of fact, or false or misleading representation of fact which is likely to cause confusion (including reverse confusion), mistake, or deception as to affiliation, connection, or association with BGC, and is also likely to cause confusion (including reverse confusion) as to the origin, sponsorship, or approval of Defendants' goods, services, or commercial activities by BGC, all in violation of the Lanham Act, including but not limited to 15 U.S.C. § 1125(a).

56.    Defendants' use of the BLACK GIRLS CODE Mark has caused and will continue to cause irreparable harm for which BGC has no adequate remedy at law, in that, among other things, (i) the BLACK GIRLS CODE Mark is a unique and valuable property right which has no readily determinable market value; (ii) Defendants' activities constitute a substantial interference with BGC's goodwill and

relationship with its customers, business partners, vendors, the general public, and the media; and (iii) Defendants' activities, and the harm resulting to BGC, is continuing.  Accordingly, BGC is entitled to injunctive relief.

57.    As a result of Defendants' unlawful conduct, BGC has incurred damages in an amount to be proven at trial consisting of, among other things, lost revenues, profits, injury to business relationships, and for diminution in the value of and goodwill associated with BGC's BLACK GIRLS CODE Mark.  BGC's damages may be trebled pursuant to Section 35(a) of the Lanham Act, 15 U.S.C. § 1117(a) because, upon information and belief, Defendants' actions have been committed willfully, with intent and full knowledge of BGC's rights, among other things.  In addition, BGC is entitled to recover Defendants' profits and reasonable royalties, as well as costs of this action and reasonable attorneys' fees.

## THIRD CLAIM FOR RELIEF
### (Common Law Trademark Infringement)

58.    BGC repeats and realleges each and every allegation contained in Paragraphs 1 through 57 above, as if set forth herein in full.

59.    In addition to the rights violated under the Lanham Act, BGC has valid common law rights in the BLACK GIRLS CODE Mark.

60.    Defendants' use of the BLACK GIRLS CODE Mark is in violation and derogation of BGC's common law rights, and is likely to cause confusion (including reverse confusion), mistake and deception among customers and the public as to the source, origin, sponsorship or quality of BGC's goods and services and business, thereby causing loss, damage and injury to BGC and the public.  Defendants knew, or in the exercise of reasonable care should have known, that their conduct was likely to mislead the public, and those engaged in the sale, purchase or distribution of software and services in the technology and training industries.

61.    Upon information and belief, the foregoing conduct by Defendants has

/ / /

1  been knowing, deliberate, willful, and with the knowledge that it is likely to cause

2  mistake or to deceive, and in disregard of BGC's rights.

3      62.   Defendants' wrongful acts, as alleged above, have permitted or will

4  permit them to make substantial sales and/or profits on the strength of BGC's

5  marketing, advertising, sales and customer recognition of the BLACK GIRLS CODE

6  Mark.

7      63.   As a result of Defendants' unlawful conduct, BGC has been and

8  continues to be substantially and irreparably harmed.   If Defendants' unfair

9  competition and acts are permitted to continue, further damage and irreparable injury

10  will be sustained by BGC.  Through such unfair acts and use of the BLACK GIRLS

11  CODE Mark, the value of the BLACK GIRLS CODE Mark will be diminished or

12  destroyed, for which damage BGC cannot be adequately compensated at law.

13      64.   Defendants have derived unlawful gains and profits from their acts of

14  infringement, as alleged above, and have caused loss and damage to BGC, BGC's

15  goodwill, and the BLACK GIRLS CODE Mark.  BGC has suffered and is likely to

16  suffer injury to its business, goodwill, reputation, and profit, in an amount as yet

17  unknown but to be proven at trial.

18      65.   BGC has no adequate remedy at law for, and is being irreparably harmed

19  by, Defendants' continuing violation of its rights as set forth above, and such harm

20  will continue unless Defendants are enjoined by this Court.

21
22
**FOURTH CLAIM FOR RELIEF**
**(Unfair Competition Under Cal. Bus. & Prof. Code § 17200)**

23      66.   BGC repeats and realleges each and every allegation contained in

24  Paragraphs 1 through 65 above, as if set forth herein in full.

25      67.   Defendants' use and marketing of products and services under the

26  BLACK GIRLS CODE Mark, as alleged above, constitutes unfair competition and

27  an unlawful business practice in violation of Sections 17200 et seq. of the California

28

1   Business and Professions Code and common law.

2       68.    BGC is informed and believes, and on that basis alleges, that

3   Defendants' unfair competition practices, namely, the adoption and use of the

4   BLACK GIRLS CODE Mark, have been willful and have been committed with the

5   knowledge of BGC's business and use of its BLACK GIRLS CODE Mark.

6       69.    BGC is informed and believes, and on that basis alleges, that

7   Defendants' use of the BLACK GIRLS CODE Mark has deceived or is likely to

8   deceive BGC's customers and potential customers and/or Defendants' customers and

9   potential customers into believing that Defendants' products and services and BGC's

10  products and services, or the parties' businesses, are related, and/or that Defendants'

11  products and services are affiliated with, associated with, and/or sold by BGC and/or

12  that BGC's products and services are affiliated with, associated with, and/or sold by

13  Defendants.

14      70.    As a result of Defendants' acts of unfair competition, BGC has been and

15  continues to be substantially and irreparably harmed.   If Defendants' unfair

16  competition is permitted to continue, further damage and irreparable injury will be

17  sustained by BGC.  Through such unfair acts and use of a confusingly similar mark,

18  the value of BGC's BLACK GIRLS CODE Mark will be diminished or destroyed,

19  for which damage BGC cannot be adequately compensated at law.

20      71.    BGC is informed and believes, and on that basis alleges, that Defendants

21  have derived unlawful gains and profits from their acts of unfair competition, as

22  alleged above, and have caused loss and damage to BGC, BGC's goodwill, and the

23  BLACK GIRLS CODE Mark.  BGC has suffered and is likely to suffer injury to its

24  business, goodwill, reputation, and profit, in an amount as yet unknown but to be

25  proven at trial.

26

27

28

**FIFTH CLAIM FOR RELIEF**
**(Tortious Interference with Business Relationships)**

72.     BGC repeats and realleges each and every allegation contained in Paragraphs 1 through 71 above, as if set forth herein in full.

73.     Defendants are and have been aware of BGC's business relationships with third parties, such as donorbox, and of the fact that these relationships offer the possibility of a future economic benefit to BGC in the form of monetary donations.

74.     Defendants have intentionally and tortiously interfered with these relationships for the sole purpose of inflicting harm upon BGC, and using dishonest, unfair, wrongful, and improper means.

75.     Defendants' conduct has damaged BGC's relationships with these third parties, and has caused BGC economic harm, including because these third parties wrongly believe that BGC is no longer entitled to collect donations on their platforms under the BLACK GIRLS CODE Mark as a result of Defendants' misrepresentations.

**ALLEGATION OF HARM COMMON TO ALL CLAIMS FOR RELIEF**

76.     BGC repeats and realleges each and every allegation contained in Paragraphs 1 through 75 above, as if set forth herein in full.

77.     BGC has suffered, is suffering, and will continue to suffer irreparable harm and damage as a result of Defendants' wrongful conduct.  Defendants will, unless restrained and enjoined, continue to act in the unlawful manner complained of herein, all to the irreparable damage of the business and reputation of BGC.  BGC's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

**PRAYER FOR RELIEF**

WHEREFORE, BGC respectfully prays that the Court:

1.     Enter judgment against Defendants, as indicated below:

-18-

(a)     that Defendants have willfully infringed the federally registered BLACK GIRLS CODE Mark under 15 U.S.C. § 1114 and California state law;

(b)     that Defendants have committed and are committing acts of false designation of origin, false or misleading description of fact, or false or misleading representation in violation of BGC's rights under 15 U.S.C. § 1125(a) and California state law;

(c)     that Defendants have willfully and deliberately competed unfairly with BGC in violation of BGC's rights under 15 U.S.C. § 1125(a) and California state law;

(d) that Defendants have tortiously and wrongfully interfered with BGC's business relationships.

2.     Issue preliminary and permanent injunctive relief against Defendants, that Defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with Defendants, be enjoined and restrained from:

(a)     using, imitating, copying, or making any other infringing use of the BLACK GIRLS CODE Mark and any other mark now or hereafter confusingly similar or identical to the BLACK GIRLS CODE Mark in connection with business process and performance management software products and related services;

(b)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any simulation, reproduction, counterfeit, copy, or colorable imitation of the BLACK GIRLS CODE Mark or any mark confusingly similar thereto;

(c)     using any false designation of origin or false description or statement which can or is likely to lead the trade or public or individuals erroneously to believe that any good or service has been provided, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted,

1  displayed, licensed, sponsored, approved, or authorized by or for BGC, when such is
2  not true in fact;

3        (d)    using the names, logos, or other variations thereof of the BLACK
4  GIRLS CODE Mark in any of Defendants' trade or corporate names;

5        (e)    using or operating any domain name or URL incorporating
6  "BLACK    GIRLS    CODE,"    including    but    not    limited    to
7  https://www.blackgirlscodeinc.org/ and https://twitter.com/BlackGirlsCode_, or any
8  mark identical or confusingly similar to the BLACK GIRLS CODE Mark;

9        (f)    engaging in any other activity constituting an infringement of the
10 BLACK GIRLS CODE Mark, or of BGC's rights in, or right to use or to exploit the
11 Mark;

12       (g)    assisting, aiding, or abetting any other person or business entity
13 in engaging in or performing any of the activities referred to in subparagraphs (a)
14 through (f) above.

15 3.    Require Defendants to publish notice to all distributors, brokers,
16 retailers, tradeshows, sellers, customers and other members of the trade who may
17 have seen or heard of Defendants' use of the BLACK GIRLS CODE Mark, or
18 purchased any of Defendants' products or services which were marketed under the
19 BLACK GIRLS CODE Mark, which notice shall disclaim any connection with BGC
20 and shall advise them of the Court's injunction order and of Defendants'
21 discontinuance from all use of the BLACK GIRLS CODE Mark;

22 4.    Require Defendants to contact any and all third parties they have
23 contacted concerning BGC or BGC's rights to use the BLACK GIRLS CODE Mark,
24 and to formally withdraw any representations they have made to those parties
25 concerning BGC or BGC's rights to use the BLACK GIRLS CODE Mark and to
26 advise them of the Court's injunction order and of Defendants' discontinuance from
27 all use of the BLACK GIRLS CODE Mark;

28

5.     Order Defendants to pay the costs of any corrective advertising required by BGC as a result of Defendants' unlawful activities alleged herein;

6.     Order Defendants to hold in trust, as constructive trustees for the benefit of BGC, its profits obtained from its provision of Defendants' goods and services under the BLACK GIRLS CODE Mark;

7.     Order Defendants to provide BGC a full and complete accounting of all amounts due and owing to BGC as a result of Defendants' illegal activities;

8.     Order Defendants to pay BGC's damages and Defendants' profits pursuant to 15 U.S.C. § 1117(a) for Defendants' willful violation of the BLACK GIRLS CODE Mark;

9.     Order Defendants to pay to BGC both the costs of this action and the reasonable attorneys' fees incurred in prosecuting this action; and

10.    Grant BGC such other and additional relief as is just and proper.

Dated:  March 14, 2022                DLA PIPER LLP (US)


By: */s/ Tamany J. Vinson Bentz*
Tamany J. Vinson Bentz
Colin Steele
Attorneys for Plaintiff

-21-

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

BGC Inc. demands a trial by jury as to all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated:  March 14, 2022                    DLA PIPER LLP (US)

By  */s/ Tamany J. Vinson Bentz*
Tamany J. Vinson Bentz
Colin Steele
Attorneys for Plaintiff

-22-

# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# BLACK GIRLS CODE

**Reg. No. 6,145,379**

**Registered Sep. 08, 2020**

**Int. Cl.: 35, 36, 41, 42**

**Service Mark**

**Principal Register**

BLACK GIRLS CODE  (CALIFORNIA CORPORATION)
1736 Franklin Street, 10th Floor
Oakland, CALIFORNIA 94612

CLASS 35: Business networking

FIRST USE 2-1-2011; IN COMMERCE 4-1-2011

CLASS 36: Charitable fundraising; Charitable fundraising services by means of selling tee shirts to raise funds for educational services; Charitable fundraising to support underserved children with resources to pursue careers in science, technology, engineering and math

FIRST USE 2-1-2011; IN COMMERCE 4-1-2011

CLASS 41: Education services, namely, providing tutoring in the field of science, technology, engineering and math; Educational services, namely, conducting training in study skills and academic preparation, and providing educational mentoring services and mentorship programs for children in the field of science, technology,engineering and math; Educational services, namely, developing, arranging, and conducting educational conferences and programs and providing courses of instruction in the field of computer programming; Educational services, namely, providing internships and apprenticeships in the field of science, technology, engineering and math; Charitable education services, namely, providing underserved children with resources to pursue careers in the field of science, technology, engineering and math (STEM); Computer education training services

FIRST USE 2-1-2011; IN COMMERCE 4-1-2011

CLASS 42: Charitable services, namely, providing facilities and equipment for computer programming; Computer programming; Computer programming of computer games; Computer programming of video games; Computer programming services, namely, coding and software development; Designing and developing computer game software and video game software for use with computers, video game program systems and computer networks

FIRST USE 2-1-2011; IN COMMERCE 4-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "CODE" IN CLASS 42

Director of the United States
Patent and Trademark Office



SEC.2(F)

SER. NO. 88-603,169, FILED 09-04-2019

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse)  and  an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application  System  (TEAS)  Correspondence  Address  and  Change  of  Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 2



**Secretary of State
Statement and Designation by
Foreign Corporation**

**S&DC-S/N**

**FILED**

**Secretary of State
State of California**

4834848

Filing Number

01/11/2022

Filing Date

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

**Filing Fee** – **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign  nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

**This Space For Office Use Only**

**1.  Corporate Name** (Go to www.sos.ca.gov/business/be/name-reservations for general corporate name requirements and restrictions.)

**2.  Jurisdiction** (State, foreign country or place where this corporation is formed - **must match** the Certificate of Good Standing provided.)

BLACK GIRLS CODE INC.

DELAWARE

**3.  Business Addresses** (Enter the **complete** business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - **Do not enter a P.O. Box** <br> 1 SOUTH MARKET STREET UNIT 1413 | SAN JOSE | CA | 95113-1777 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** <br> 1 SOUTH MARKET STREET UNIT 1413 | SAN JOSE | CA | 95113-1777 |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | City (no abbreviations) | State | Zip Code |

**4.  Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
| | | CA | |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

WHOMENTORSDOTCOM INC.

**5.  Read and Sign Below** (See instructions.) Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

Signature

RAUHMEL FOX ROBINSON

Type or Print Name

S&DC-S/N (REV 12/2020)

 Clear Form

 Print Form

2020 California Secretary of State
bizfile.sos.ca.gov

# Delaware

4834848

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF

DELAWARE, DO HEREBY CERTIFY "BLACK GIRLS CODE INC." IS DULY

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD

STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS

OF THIS OFFICE SHOW, AS OF THE TENTH DAY OF JANUARY, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION

IS AN EXEMPT CORPORATION.

Jeffrey W. Bullock, Secretary of State

6531001  8300C

SR# 20220071032

Authentication: 202352805

Date: 01-10-22

You may verify this certificate online at corp.delaware.gov/authver.shtml

# EXHIBIT 3



### Tweet

← Tweet

 **BLACK GIRLS CODE INC** 🍎 **Applied Scientific Research**
@BlackGirlsCode_   · · ·

A Service Mark is used to identify and distinguish BLACK GIRLS CODE INC. from services provided by the suspended entity. Application for registration of BLACK GIRLS CODE received online through the website, **TMbizfile.sos.ca.gov** will be labeled at the actual time/date received.



11:48 AM · Jan 25, 2022 · Twitter Web App

🗨   ⟲   ♡   ⬆

Tweet your reply                                    Reply

#### Left sidebar
🐦
Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More

#### Right sidebar

🔍 Search Twitter

**Relevant people**

**BLACK GIRLS CODE**
@BlackGirlsCode_
2022302, a DE Charitable Exempt Corporation nonprofit research & NY.

**What's happening**

US national news · Last night
**Federal substance use disc program includes 'safe smo kits,' fact-checkers say**

#DIYwithBlock
Help is here. File with H&R B Simple returns only.
🟩 Promoted by H&R Block

Entertainment · Trending
**Jason Bateman**
Some are comparing Ricky S former Silver Spoons castma after Schroder spoke out in s Canadian truckers protesting vaccine mandates
2,564 Tweets

Politics · Trending
**Austin Powers**
Tweets showing Senator Ted comparing President Biden a to Dr. Evil of the Austin Powe are manipulated, fact-check
1,722 Tweets

COVID-19 · LIVE
**COVID-19: News and updat Oregon**

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

Kevin Thompson
@KevinTh95861193   · · ·

# EXHIBIT 4

 Black Girls CODE and Founder and CEO Kimberly ...   SIGN IN



# Black Girls CODE and Founder and CEO Kimberly Bryant to be Honored at SXSW Conference 2019

Bryant to Also Present during Keynote Session; Black Girls CODE to Participate in Multiple SXSW Activities

March 05, 2019 14:56 ET | Source: Black Girls CODE

OAKLAND, Calif., March 05, 2019 (GLOBE NEWSWIRE) -- Black Girls CODE, the innovative non-profit dedicated to teaching girls of color ages 7-17 about computer programming and technology, announced today that the organization and its CEO, Kimberly Bryant, will be honored at the upcoming SXSW Conference 2019, to be held in Austin, March 8-17.

Black Girls CODE (BGC) will receive a SXSW Community Service Award, one of just six organizations to receive this recognition. Six individuals will also receive Community Service Awards.  The award recognizes each organization and individual's "Dedication to fostering positive community spirit." The awards ceremony takes place on Sunday, March 10, starting at 10:00 a.m. Central Time.

Kimberly Bryant, who has presented at several SXSW Conferences in the past, will be inducted into the SXSW Hall of Fame during the 22nd Annual Interactive Innovation Awards Ceremony, to be held Monday, March 11, 6:00–9:00 p.m. CT. These awards, "Celebrate some of the most exciting innovations at SXSW."

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT

Panel, moderated by Angel Rich, founder and CEO of The Wealth

 **Black Girls CODE and Founder and CEO Kimberly ...**    SIGN IN

The ConsenSys House, 600 East 9th Street, Austin.

- Black Girls CODE will host in partnership with ConsenSys, two Blockchain workshops titled, "Create Your Own Bitcoin." These will be held on Wednesday, March 13 at the Westin Austin Downtown, room Paramount 2.  The first session will run 2:30 – 4:00 p.m. CT, the second will run 4:30 – 6:00 p.m. CT.

- At SXSW, Black Girls CODE is launching its alumnae network, a mentorship and leadership program for BGC college alumnae and graduating seniors, and will include a BGC Alumnae Experience for 14 selected students.

To learn more about Black Girls CODE, events, or ways to get involved, visit: www.blackgirlscode.com/.

**About Black Girls CODE**

Since 2011, Black Girls CODE has been committed to providing girls from underrepresented community's access to technology and 21st century skills necessary to become tech leaders. Having reached more than 8,000 young women in 14 chapters around the world, Black Girls CODE's organizational vision is to increase the number of women of color in the digital space by empowering girls of color ages 7 to 17 to become innovators in STEM fields, and builders of their own futures through exposure to computer science and technology. http://www.blackgirlscode.com

**Press Contact:**

Claire Burke

UPRAISE Marketing + PR for Black Girls CODE

T:  415.397.7600

E: claireb@upraisepr.com

**Tags**

Black Girls Code    Coding    STEM    Computing    Technology

**Related Links**

- http://www.blackgirlscode.com

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For more information, please see our **Privacy Policy**.

ACCEPT

Source:  Black Girls CODE          Source:  Black Girls CODE



**Black Girls CODE and Founder and CEO Kimberly ...**

SIGN IN

Microsoft Partnership



OAKLAND, Calif., April 23,
2019 (GLOBE NEWSWIRE) --
Black Girls CODE,  dedicated
to teaching girls of color ages
7-17 about computer
programming and
technology, and creating our
next generation of...

In Advance of Chapter
Opening

OAKLAND, Calif., March 26,
2019 (GLOBE NEWSWIRE) --
Black Girls CODE,  dedicated
to teaching girls of color ages
7-17 about computer
programming and
technology, and creating our
next generation of...



# Explore





## About Us

GlobeNewswire is one of the world's largest
newswire distribution networks, specializing in
the delivery of corporate press releases, financial
disclosures and multimedia content to media,
investors, and consumers worldwide.

Follow us on social media:

## Newswire Distribution Network & Management

• Home
• Newsroom

• RSS Feeds
• Legal

We use cookies to improve your GlobeNewswire experience. By continuing, you agree to our use of cookies. For
more information, please see our **Privacy Policy**.

ACCEPT

# EXHIBIT 5

# NIKE Announces Official Partnership and $1M Grant For Black Girls CODE

🌐 afrotech.com/nike-inc-announces-official-partnership-and-1m-grant-for-black-girls-code

July 29, 2020



Photo Credit: Twitter / @BlackGirlsCode

NEWS



Njera Perkins. Jul 29, 2020.

Last month, NIKE, Inc. announced a $40 million commitment to support Black initiatives in the fight against racial injustice over the next four years in a formal statement. Today, they continue their dedication by donating a $1 million grant to Black Girls CODE.

> Excited to announce that as part of @Nike's $40M, four-year commitment to fight systemic injustice, the brand has donated $1M to support @BlackGirlsCode! It's an honor to be recognized alongside @NAACP @NAACP_LDF two organizations driving impactful change. https://t.co/HsOuNKYtat pic.twitter.com/BlidQOa0iT
>
> — Black Girls CODE (@BlackGirlsCode) July 29, 2020

Black Girls CODE — an organization dedicated to changing the narrative surrounding racial and gender diversity in STEM by educating and empowering girls and young women of color — is now considered an official partner of NIKE as they both work together to create long-lasting change for the Black community.

"Our goal is to train 1 million girls by 2040, but that's the first step in increasing the number of women of color in STEM fields," said Kimberly Bryant — Founder and Executive Director of Black Girls CODE — in a statement. "We want to expand Black Girls CODE into a life-long support network to help retention rates in tech. Support from NIKE, Inc. helps us increase the number of students we can reach through online training and build a network to continue engaging with our alumnae."

Black Girls CODE was originally founded in 2011 and has since provided "computer science workshops, after-school programs, and classes to girls in underprivileged communities around the world," according to AngelList Blog.

The organization has partnered with Google and ThoughtWorks, which both greatly contributed to its growth from a small company in a basement to having a full-blown office in the Google building.

Black Girls CODE is also recognized alongside the NAACP and LDF as partners for the initiative.

For more information on NIKE's new partnerships, click here.

# EXHIBIT 6

**Good Tech IBM**      Home      About us      Contributors      Archive

# Open source leads to open doors

By Yolanda Rabun, Todd Moore, and Guille Miranda | 2 minute read | October 18, 2020





In today's current climate, racial equality and equity is top of mind. The tech industry has a renewed focus on access and exposure of STEM to girls in underrepresented communities. Research shows the pre-teen to teen years are critical to keep girls interested in STEM subjects.

Case 4:22-cv-01582-JSW    Document 1-4    Filed 03/14/22    Page 42 of 117 Open source leads to open doors | Good Tech IBM

Today's young women need to be ready for both college and career. And one way to get them ready is through access to necessary skills like coding so the open source world

**Good Tech IBM**   Home   About us   Contributors   Archive

As a responsible steward and leader in good technology, IBM has a longstanding commitment to investing in diversity and inclusion. The IBM Open Source Community Grant recognizes a nonprofit organization dedicated to education and skill building for women, under-represented minorities, and underserved communities, while also promoting open source.

The grant includes a cash award ($25,000) and a technology award (valued at $25,000) to directly support education and career development activities. Our internal open source community votes on the winners, with Girls Who Code winning the inaugural award in October 2019,  and Outreachy being awarded the second grant in April 2020.

As part of our continuing social justice efforts and commitment to racially equality, IBM is awarding our next open source community grant to Black Girls CODE. Launched in 2011, Black Girls CODE (BGC), with 15 chapter cities in the U.S. and abroad, is a transformative global movement that hosts technology-focused weekend workshops, hackathons, summer camps, and many other enrichment opportunities for more than 20,000 low-income, Black girls; or as they call themselves, *Tech Divas*.

Additionally, IBM has partnered with Black Girls CODE as a National Alumnae Ambassador Program Sponsor to help cultivate the next generation of STEM developers. This partnership allows Black Girls CODE and their Tech Divas to participate in two initial opportunities with IBM – one with IBM's Call for Code for Racial Justice program and another with IBM offerings for workshops on STEM topics like quantum, artificial intelligence and hybrid cloud.

Call for Code for Racial Justice was announced on October 13 following three years of successful global programs addressing natural disasters, climate change and COVID-19. Call for Code for Racial Justice encourages the adoption and innovation of open source projects to drive progress in three key areas of focus: Police & Judicial Reform and Accountability; Diverse Representation; and Policy & Legislation Reform.

The five solutions that emerged from Call for Code for Racial Justice are being announced and made available to the open source community at the All Things Open Conference where Black Girls CODE will participate on a panel with IBM entitled "Underrepresented Communities in Code."

Open source leads to open doors - Good Tech IBM

The partnership between IBM and Black Girls CODE will help BGC expand on its unique, culturally sensitive STEM program for underserved girls around the world. IBM seeks to

**Good Tech IBM**    Home    About us    Contributors    Archive

We all have a unique opportunity to help influence young minority women to embrace their brilliance and build upon their skills.  The journey to equality in STEM and closing the skills gap should be a proactive one – an open one. This is the power of inclusion.

 1

Read More



Leveraging Tech and Talent to Drive Social Impact: IBM's Volunteering Culture

Open source leads to open doors - Good Tech IBM

by Justina Nixon-Saintil

**Good Tech IBM**      Home      About us      Contributors      Archive



HRH The Prince of Wales's Terra Carta Seal

by Wayne Balta



**Good Tech IBM**     Home     About us     Contributors     Archive



## Call for Code P-TECH Challenge announces top honors

by Justina Nixon-Saintil

## Tags

#GoodTechIBM

## Categories

Corporate Responsibility

# EXHIBIT 7

Trending: Scramble the fighters! Thousands of protesters sign up to egg Jeff Bezos' yacht at Dutch bridge site (https://www.geekwire.com/2022/scramble-the-fighters-thousands-of-protesters-sign-up-to-egg-jeff-bezos-yacht-at-dutch-bridge-site/)

# Black Girls Code, Code.org win Microsoft AzureDev grants

BY BLAIR HANLEY FRANK (HTTPS://WWW.GEEKWIRE.COM/AUTHOR/BLAIR-HANLEY-FRANK/) on January 15, 2014 at 4:06 pm



(https://cdn.geekwire.com/wp-content/uploads/2014/01/kimberly_bryant.jpg)

Black Girls Code Founder Kimberly Bryant

After tallying more than 20,000 votes from its community of Windows Azure developers, Microsoft announced (http://blogs.msdn.com/b/windowsazure/archive/2014/01/15/azuredev-community-campaign-winner-announcement.aspx) that Black Girls Code is the first-place recipient of its AzureDev community campaign grants.

Microsoft announced the availability of the grants at last year's Build conference, and asked developers to vote on their favorite nonprofit that provides tech education.

BGC, a Oakland, Calif.-based organization that encourages young girls of color to enter computer science and STEM fields, will receive $50,000 to continue its mission.

f

(https://twitter.com/inten...(https://www.linked...(https://www.geekwire...

"By reaching out to the community through workshops, hackathons and after-school programs, Black Girls Code introduces computer programming and technology to girls from underrepresented communities, BGC founder Kimberly Bryant said in the post announcing the grant. "This grant will allow us to expand these program offerings in our existing chapters, and help us launch in 10 new cities in 2014. It will also provide funding to increase our staff in order to support our programs across the country."

Seattle-based Code.org was the second-place grant recipient, and will receive $20,000 to help with its mission. In particular, Roxanne Emadi, Code.org's Grass Roots and Social Strategist highlighted three objectives that the organization will be using the grant for:

- Urging the now 33 out of 50 states that don't count computer science towards graduation requirements to change laws

- Developing 20 hours of free introductory courses for students, and professional development for teachers

- Recruiting 100 million students to try computer science for an hour in 2014 with the Hour of Code

CoderDojo, Teaching Kids Programming, and CodeDay each received $10,000 as third place finishers.

Here's a quick video about BGC, and what they plan to do with Microsoft's grant:

[This story has been updated to clarify Code.org's goals.]

---

**Related Stories**



(https://www.geekwire.com/2021/year-
pledging-racial-injustice-microsoft-releases-
report-progress/)
**A year after pledging to do more on racial
injustice, Microsoft releases report on progress
(https://www.geekwire.com/2021/year-pledging-
racial-injustice-microsoft-releases-report-
progress/)**



(https://www.geekwire.com/2021/deena-
pierott-works-hard-underrepresented-youth-
stem-funding-nonprofit-isnt-easy/)
**Deena Pierott works hard for underrepresented
youth in STEM, but funding her nonprofit isn't
easy (https://www.geekwire.com/2021/deena-
pierott-works-hard-underrepresented-youth-
stem-funding-nonprofit-isnt-easy/)**

f    (https://twitter.com/inten...    (https://www.linkedin.c...    (mailto:?subject=Black...



(https://www.geekwire.com/2021/amazons-new-2b-fund-aims-boost-affordable-housing-arlington-nashville-seattle-areas/)

**Amazon's new $2B fund aims to boost affordable housing in Arlington, Nashville and Seattle areas (https://www.geekwire.com/2021/amazons-new-2b-fund-aims-boost-affordable-housing-arlington-nashville-seattle-areas/)**



(https://www.geekwire.com/2021/tech-moves-flexe-hires-amazon-biometrics-leader-fresh-chalk-founder-departs-and-more/)

**Tech Moves: Flexe hires Amazon biometrics leader; Fresh Chalk founder departs; and more (https://www.geekwire.com/2021/tech-moves-flexe-hires-amazon-biometrics-leader-fresh-chalk-founder-departs-and-more/)**

| Previous Story | Next Story |
|---|---|
| ‹ Shakeup at Yahoo: COO Henrique de Castro is out (https://www.geekwire.com/2014/yahoo-coo-henrique-de-castro/) | Microsoft confirms Syrian Electronic Army email intrusion (https://www.geekwire.com/2014/microsoft-confirms-syrian-electronic-army-email-intrusion/) › |

Like what you're reading? Subscribe to GeekWire's free newsletters to catch every headline

| Enter your email address | Subscribe |

## Most Popular on GeekWire



(https://www.geekwire.com/2022/former-seattle-entrepreneur-and-husband-will-get-back-most-of-funds-seized-by-fbi-in-amazon-case/)

**Former Seattle entrepreneur and her husband to get back most of funds seized by FBI in Amazon case (https://www.geekwire.com/2022/former-seattle-entrepreneur-and-husband-will-get-back-most-of-funds-seized-by-fbi-in-amazon-case/)**

**Amazon more than doubles max base pay to $350k for corporate and tech workers, citing labor market**

f                                       ✕ (https://twitter.com/int...)       in (https://www.linkedin.c...)       ✉ (mailto:?subject=Black...)

 (https://www.geekwire.com/2022/amazon-more-than-doubles-max-base-pay-to-

350k-for-corporate-and-tech-workers-citing-labor-market/)
**(https://www.geekwire.com/2022/amazon-more-than-doubles-max-base-pay-to-350k-for-corporate-
and-tech-workers-citing-labor-market/)**

 (https://www.geekwire.com/2022/things-could-get-worse-amazons-salary-bump-

reignites-housing-concerns-in-seattle-region/)
**'Things could get worse': Amazon's salary bump reignites housing concerns in Seattle region
(https://www.geekwire.com/2022/things-could-get-worse-amazons-salary-bump-reignites-housing-
concerns-in-seattle-region/)**

 (https://www.geekwire.com/2022/microsoft-will-fully-reopen-in-washington-

state-starting-feb-28-finally-emerging-from-pandemic/)
**Microsoft and Expedia announce next phases in office reopenings, finally emerging from pandemic
(https://www.geekwire.com/2022/microsoft-will-fully-reopen-in-washington-state-starting-feb-28-
finally-emerging-from-pandemic/)**

# About

About GeekWire (/about-geekwire/)
Contact Us (/contact-us/)
Ask About Advertising (/advertise/)
Send Us a Tip (/tips/)
Apply for Startup Spotlight (/startup-spotlight-apply/)
Apply for Geek of the Week (/apply-geekwire-geek-of-the-week/)
Become a GeekWire Member (/memberships/)
Join Our Startup List (/submit-startup/)
Reprints and Permissions (http://geekwirereprints.magreprints.com/)

# Follow

**f** (https://www.facebook.com/geekwire)
**𝕏** (https://twitter.com/intent/user?screen_name=geekwire)
**in** (https://www.linkedin.com/company/geekwire)
**📷** (https://www.instagram.com/geekwire/)  **📡** (/rss-feeds/)  **🎤** (/podcast/)
**YouTube** (https://www.youtube.com/subscription_center?add_user=GeekWire)

# GeekWire Newsletters

Catch every headline in your inbox

| Enter your email address | Subscribe |
|---|---|

# GeekWire Apps

**🍎** iOS (http://itunes.apple.com/us/app/geekwire/id482653203?mt=8)
**🤖** Android (https://play.google.com/store/apps/details?id=com.geekwire&hl=en)
**📰** Apple News (https://apple.news/T-EsjXXc_SUaixm4bcBSpAw)
**📱** Google Play Newsstand (https://play.google.com/store/newsstand/news?id=CAowr7HbCg)

## GeekWire Developer Blog (/devblog/)

**⬆** Return to Top of Page

Privacy Policy (/privacy/) | Terms of Use (/termsofuse/)

© 2011-2022 GeekWire, LLC

| **f** | **𝕏** (https://twitter.com/inten... | **in** (https://www.linked... | **📷** (https://www.instagr... |
|---|---|---|---|

# EXHIBIT 8

# Nike and PAPER Create Black Girl Magic With 'All For 1'

P **papermag.com**/black-girl-magic-nike-2641538683.html

Courtney Richardson                                                                    December 9, 2019



*This article is a sponsored collaboration between Nike and* PAPER

The Air Force 1 has always had a long heritage in the community; Nike's Triple Black is the shoe of the people. Worn by those who are getting things done and moving the world in the process, Black Girls CODE embodies this very mission by emphasizing unity and sisterhood among the future leaders of tomorrow.

So, what if the creators behind the next Instagram or TikTok app were young Black girls? Sounds like a dream. But at Black Girls CODE, this is becoming a reality.

"Anytime you get more than a couple of Black [girls] together, you're creating this powerful mechanism for change," says Kimberly Bryant, electrical engineer and founder of Black Girls CODE.

Representing Syracuse, NY to the Bronx: Black Girls Code members travel from all over to code and connect. (Photography: Tess Mayer)

Created in 2011, Black Girls CODE is a nonprofit that focuses on closing racial and gender gaps in science, technology, engineering and math (STEM) by increasing the number of women of color in coding. With a focus on empowering girls, ages 7 to 17, the organization encourages them to become innovators in STEM, leaders in their communities and champions of their own futures.



Watch Video At: https://youtu.be/YkzE0n6X3kY

Recently, *PAPER* and Nike had the chance to imagine, build and create Black girl magic with these future tech bosses at Black Girls CODE's state-of-the-art, Tech Exploration Lab in New York City.

Through workshops, after school events and summer extension programs focused on skills like gaming, robotics, artificial intelligence and computer science, Black Girls CODE exposes the world of tech to underrepresented communities — where only 2% of women from African American, LatinX and Native American backgrounds make up today's professional workforce in STEM.



View this post on Instagram

A post shared by Black Girls CODE (@blackgirlscode) on Aug 20, 2019 at 11:29am PDT

Having already inspired more than 10,000 girls across 14 different chapters in the U.S, and another chapter in Johannesburg, South Africa, Black Girls CODE is a global sisterhood of endless possibilities.

"If we can teach one girl to code, she'll teach 10 more," says Kimberly.

Black Girls CODE is not only devoted to showing the world that girls of color can code, but that they are worthy and capable of being whatever they want to be.

All For 1: The bonds at Black Girls Code are strong. (Photography: Tess Mayer)

Spend five minutes with any one of the cool kids from Black Girls CODE and you will instantly feel inspired. From future Fortune 500 CEOs to aspiring actresses, these girls are confident, driven and unstoppable. It's clear that each girl is rooted in a resilience to making her dreams come true — no matter what, while the power of friendship and support for one another embodies an "All For 1" spirit.

Sky's the limit for these future tech bosses. (Photography: Tess Mayer)

"Black Girls CODE gives girls throughout the world and in different communities, opportunities to explore their wildest dreams across STEM." Kimberly says. "We prove to them that with grind, hustle and hard work — anything is possible."

The essence of black girl magic is Black Girls CODE (Photography: Tess Mayer)

Whether the world is ready for it or not, the future is female. And even better, she's a Black girl who codes.

*To learn more about Black Girls CODE, visit BlackGirlsCODE.com and follow @BlackGirlsCODE.*

*Creative Director: Courtney Richardson*
*Photography: Tess Mayer*
*Video: John Kopec*
*Sound: Andrew Pearl*
*Producer: Jake Honig*

# EXHIBIT 9

# Black Girls Code moves into Google's New York offices

independent.co.uk/life-style/gadgets-and-tech/black-girls-code-moves-into-google-s-new-york-offices-a7110036.html

June 29, 2016



Black Girls Code, the non-profit helping to change the face of computer scientists, has moved into Google's New York City building.

The organization has received a $2.8 million, 3,000-square-foot space in the search engine giant's headquarters in Google's push to diversify the tech industry.

"We need a tech sector that looks like the society it serves, and groups like Black Girls Code are ensuring that we can cultivate and access talent in communities of color," William Floyd. Google's Head of External Affairs, told *CNET*.

## Recommended

- Facebook staffers under fire for replacing 'black lives matter' with 'all lives matter'

-  Twitter's only black engineering manager blasts company over 'diversity problems'
-  Twitter appoints its first black board member

Kimberly Bryant founded the nonprofit back in 2011 with the goal of training one million young girls by 2040. She's hosted several workshops in Google's New York offices and said that the students will now have the chance to interact directly with Google staffers on a regular basis.

"They can also learn from us," Bryant, told *Fast Company*, "seeing the work that we're doing right under their roof, so to speak, in engaging these younger communities of color."

# EXHIBIT 10

# Building diversity in tech with Black Girls Code

🌐 hpe.com/us/en/insights/articles/building-diversity-in-tech-with-black-girls-code-1905.html



May 21, 2019

|

By Preston Gralla

Kimberly Bryant aims to solve the decades-old problem of minority women's under-representation in the technology industry by getting to the core of the solution: teaching girls how to program.

It's no secret that women and minorities—and especially minority women—are severely under-represented in the technology industry. Most people bemoan that fact and move on. But not Kimberly Bryant. An African American electrical engineer who has held top-level technology management positions at multiple Fortune 100 companies, Bryant is used to analyzing problems and then solving them with hard work and creativity.

So, rather than just complain about how few black women work in technology, in 2011 Bryant founded Black Girls Code, which aims to address the problem by teaching programming to black girls and giving them the tools they need to succeed in the technology field—and in life.

Since Bryant founded the nonprofit, it has trained thousands of black girls across the United States and in South Africa, and it's growing still. As a result of her work, she has won many honors, including being named a White House Champion of Change for Tech Inclusion,

winning a Smithsonian magazine American Ingenuity Award for Social Progress, and being named by Business Insider as one of the 25 most influential African Americans in technology.

We spoke with Bryant about what sparked her interest in technology, the problems she has faced as an African American woman in the technology industry, the mission of Black Girls Code, and the state of diversity in the tech field today.

I arrived at Vanderbilt at a time where there were very few women or people of color in the School of Engineering. There were probably only five to eight people of color in the entire freshmen engineering class and no more than 20 in the entire engineering school. So, in most of my electrical engineering classes, I never saw another black student.



There were very few women as well. By my junior and senior year, I never had a female engineering professor or another female in an engineering class —not a single one. I would find myself the only person of color and the only woman in my classes.

Kimberly Bryant, founder, Black Girls Code

### It's hard getting an engineering degree. Did being one of only a few women and people of color in the entire engineering school make it tougher for you?

It made it extremely difficult for me. I came to Vanderbilt as an honor student who had been in the top 10 percent of my graduating class in high school, in one of the top high schools in my hometown. I had always been on an accelerated path since elementary school, but college was a different beast. It was not an environment that I was accustomed to, coming from an inner city. It was also much more rigorous in terms of what I needed to do, especially in a major like engineering.

I had to deal with all those things plus feeling isolated, feeling a lot of bias in the classroom, sometimes by my own professors, sometimes by students. And there's absolutely no way you can get through an engineering degree without having study partners or by working in teams and groups. For me, that was very difficult to do, because I did not have that network. And classmates weren't asking me to join their study groups. I would reach out to students of color, but it was still very difficult. So, literally, the last years of college, I did nothing but lock myself in a room and study.

## How about when you graduated and went out into the working world? Did you face similar issues?

The workforce in engineering departments was mostly men and rarely had any people of color. One of the experiences that I often recall is in my very first engineering role as a project engineer. It was at a Fortune 50 company, and when I was introduced to my work team by my supervisor, a manager who was a white male, he introduced me as "twofer." He called me that because with me, the company got credit for hiring a person of color *and* a woman.

And he turned out to be one my most beloved managers in my entire career, someone I consider a good person and a good manager and mentor, a good advocate for me in my early work life. But with that being said, having your manager introduce you that way and calling attention to your difference within the team could have had a very negative impact on me in the workplace. And that type of perception, that type of environment, was something that I dealt with all through my entire career. There was always that pushback, that bias that I felt being both a woman and person of color in a technical field and then later in a leadership role.

Over 1 million people read enterprise.nxt. Are you one of them?

Subscribe today

## In college, you survived those kinds of challenges by locking yourself in a room and studying. But you can't do that in the work world, especially when you became a manager. So how did you do it?

What helped in those often-hostile work environments were support groups. So, either being a part of a women's network or being part of an affinity group for African American employees. Those organizations and affinity groups were lifelines in my career, because I was able to often find a support system and role models and mentors to help me navigate the issues that I was encountering on an ongoing basis. Those were so necessary for my success. Without those outlets and that community support, it would have been much more difficult for me to survive and thrive.

## Can you think of one moment that changed your life?

I would say without a doubt it was becoming a mother and having a daughter who developed an interest in following in my footsteps with her interest in computer science and technology. And that was the spark of inspiration for creating Black Girls Code. The very first workshop we did back in 2011 was a life-changing opportunity for both her and me. It was life-changing for her because that's where she found her tribe, so to speak. She found that this is what she wanted to pursue, a computer science and technology career pathway, and she grew from there.

It was life-changing for me because I recognized at the time that she did not have the support community that she would need to actually stay with this as a career field. If it was to be, I was going to have to create it, which meant I literally dropped everything that I had envisioned myself doing career-wise to focus on creating this community for her. So that significantly changed my path in terms of what I've been doing for the last seven years and what I think I'll be doing in the future.

### Tell me about Black Girls Code and how people can help if they're interested.

We started Black Girls Code in 2011 in San Francisco as a pilot program. It was really driven by what I saw as a lack of opportunity for girls like my daughter to engage in after-school or summer programs with other girls that had the same interest as she did. There weren't a lot of opportunities like that back in 2011. We started very small, with only six students, to bring girls together and teach them how to build websites or teach them how to code and introduce them to technology. It blossomed from there. We formally incorporated in 2012 as a nonprofit organization and began to build a vision of a hyperconnective, volunteer-powered organization with chapters in cities all over the U.S. and the world.

To date, we have 15 chapters. There are 14 in the U.S. and one in Johannesburg, South Africa. We have about 2,000 volunteers engaged in workshops and classes that we do from January to December. We've reached approximately 10,000 students.

People can help us by reaching out and finding ways to get involved in their community and joining a chapter or supporting a chapter in their local community. The best way to do that is to go to the Black Girls Code website in order to donate their time or resources. Every bit of support helps us reach more girls all over the country. We also have lots of corporations become sponsors.

### You've been involved in technology for quite some time. Has there been a change in opportunities for under-represented groups since then? For example, for women, African Americans, and other minorities?

Change has been very slow—and I'm saying that in the most optimistic way that I can. When I was in college in the 1980s, there were more women receiving doctorates in computer science than there are today. About 30 percent of bachelor's degrees in computer science went to women then, and now it's only around 12 to 14 percent. So it's decreased by more than half in the last couple of decades. The rate for black women is only about 3 percent; for Latinas, it is about 1 percent, and it's even less for Native American women.

That's been very discouraging. I spent a lot of time at Vanderbilt over the last two years giving back as an alumna engaging with the students. And unfortunately, I find that some of the same issues that I found in my freshman year are still there for students now. There are

still just a handful of black women in the School of Engineering, and they have a very difficult time graduating. They don't have a lot of support.

I think that until we can see the needle move to where we're more at parity with our male peers, or at least to the level that we were 20-plus years ago, I don't think we'll see a change in the workplace. I think it has to get back to those levels of engagement for women and people of color.

## How do you think Black Girls Code can help?

We focus on black and brown girls, and we're attacking the problem of diversity inclusion in the technology field from two different perspectives. One is from a gender perspective and focuses around how we get more women in the room. And the other is a racial demographic issue and focusing on issues more specific to students of color. And when those two dynamics, those two identities, intersect, it creates a whole pool of different challenges for women of color. And by focusing on it that way, we believe the work we're doing with our students and being a voice for these girls will help the numbers increase.

### More on diversity:

This article/content was written by the individual writer identified and does not necessarily reflect the view of Hewlett Packard Enterprise Company.



### **Preston Gralla**

Contributing Writer, Independent

Preston Gralla is a freelance writer and author who has written thousands of articles and nearly 50 books about technology. His work has been published in Computerworld, PC World, PC Magazine, USA Today, the Dallas Morning News, the Los Angeles Times, and many other publications. His books have sold hundreds of thousands of copies worldwide and been translated into nearly 20 languages.

Show more Show less
Related

# EXHIBIT 11

# How Black Girls Code transformed from basement experiment to international movement

msnbc.com/know-your-value/feature/how-black-girls-code-transformed-basement-experiment-international-movement-ncna1103431

December 17, 2019



Dec. 17, 2019, 10:41 PM UTC

By Halley Bondy

Throughout her biotech engineering career, Kimberly Bryant was the only black female in the room most of the time.

And as Bryant rose the ranks to become manager at companies like DuPont, Phillip Morris and Genentech, she yearned for a more inclusive world for her daughter Kai.

Kai had developed a knack for gaming and coding, which is a very male, white and Asian-dominated business.

"It happened that I stumbled into this issue of diversity of inclusion and tech," said Bryant in an interview with Know Your Value. "My daughter was about to go to middle school and was interested in tech and video gaming and gaming in general...I found that there wasn't a strong program that would focus on girls of color and getting them prepared in the skills they'd need to move into this career field."

Case 4:22-cv-01588-JSW Document 1 Filed 03/14/22 Page 72 of 147

Kimberly Bryant, founder of Black Girls Code Inc., speaks during an event at the Consumer
Electronics Show in Las Vegas on Jan. 10, 2018.Patrick T. Fallon / Bloomberg via Getty Images file

Women of color earn less than 10 percent of bachelor's degrees in computing, according to
the Kapor Center. And black women make up less than 0.5 percent of leadership roles in
tech. Even in women-led small tech businesses, women of color only comprise 4 percent of
the workforce.

With Kai's help, Bryant called upon colleagues at Genentech to put together a six-week
coding curriculum for girls of color in 2011. She conducted the first educational series in a
basement of a college prep institution in San Francisco, which was loaned to Bryant for free.
Bryant expected about six students, but the class attracted about a dozen girls, including of
course, Kai.

Bryant's small community effort attracted the attention of ThoughtWorks, a global tech
consultancy company. ThoughtWorks invested in Bryant in January 2012 and gave her
access to space and resources across the country, as well as in Johannesburg, South Africa.
In a few years, the operation transformed from a basement experiment into a global non-
profit with 15 chapters. They called themselves Black Girls Code.

The more mature chapters might boast up to 1,000 students a year, according to Bryant,
who runs the organization full-time.

"I didn't know it would be a nonprofit," said Bryant. "This was us just trying to test the waters
and make something locally where I could bring my daughter, so she could find a tribe of
girls interested in the same thing, but it took off from humble beginnings."

The Black Girls Code curriculum teaches everything from web development to robotics to
Artificial Intelligence. Many of the first-year students are now in college, including Kai, who is
in her sophomore year studying computer science.

Bryant wants to expand Black Girls Code into a life-long support network to help retention
rates in tech.

"One of the things that I'm really excited about is building out this alumni network that we've
grown over the last eight years," said Bryant. "Many of the girls...are about to go to college,
and they have a need for support as they continue their career and collegiate journeys."

Bryant said she was never interested in coding — that was all her daughter. Instead, Bryant
studied engineering at Vanderbilt University. She said she met only one other African
American female engineering student in her four years there, and that none of her professors
were even female, let alone black.

"I didn't have any role models," said Bryant.

2/16/22, 4:04 PM
Case 4:22-cv-01585-JSW   Document 1   Filed 03/14/22   Page 73 of 117
How Black Girls Code founder transitioned from engineering to empowerment to represent a nonprofit movement

Still, she excelled. Bryant was only 25 when she became a manager at DuPont in Tennessee. She said her manager there—whom she otherwise adored—jokingly introduced her to the team as a "twofer," because she was black and a woman.

The Black Girls Code curriculum teaches everything from web development to robotics to Artificial IntelligenceCourtesy of Black Girls Code.

"I'm positive those men had never worked for a black woman as their manager," she said. "It was a learning experience. I spent most of my career in these types of positions. There were always these implicit and explicit biases that I had to deal with as I tried to establish authority as a black woman."

For tech companies, a tipping point came around 2014 when Google publicly released its employee diversity numbers for the first time. They were dismal.

"There was this unspoken understanding that we had a diversity and inclusion issue, but we didn't have the courage to discuss it," said Bryant. "But now, the data was there, fully transparent. Companies started to change...I've seen gains in the number of women in tech roles...But we've still not made progress in the number of women of color."

Black women make up less than 0.5 percent of leadership roles in tech. Black Girls Code is trying to change that.Courtesy of Black Girls Code.

Bryant hopes to get a bigger international foothold for Black Girls Code, but that ultimately it's on companies to prioritize diversity and inclusion.

"In five to 10 years we'll see some gains, hopefully. It'll take some dedicated efforts," said Bryant. "I can only do so much by pushing the girls into the funnel. Once they get there...is it going to be a circular revolving door into and out of the companies, or will the companies do the heavy lifting to retain them? Will they be nurtured and supported in their career development and growth? I hope these companies will focus on that so they will be fertile opportunities for women of color to grow in these professions."

# EXHIBIT 12

Case 4:22-cv-01582-JSW    Document 1    Filed 03/14/22    Page 75 of 117

# Black Girls Code CEO Is Changing the Face of Tech

 pcmag.com/opinions/black-girls-code-ceo-is-changing-the-face-of-tech

PCMag editors select and review products independently. If you buy through affiliate links, we may earn commissions, which help support our testing. Learn more.



On this episode of Fast Forward, I welcome Kimberly Bryant, the CEO and founder of Black Girls Code. At SXSW, we spoke about how diversifying tech companies is more than simply a social good, it is good business and essential for companies to deliver meaningful innovation. We also discussed how artificial intelligence could be handicapped if it's built only by white men.

**Dan Costa: You started this organization eight years ago in part so that your daughter, who is in middle school, could go to computer classes, and not be the only girl or person of color in the class. Is she still coding, or did she decide to do something else with her life?**

**Kimberly Bryant**: She actually is still coding. She's a freshman majoring in computer science at University of Maryland, Baltimore County. And really still interested in pursuing computer science and technology as a career path.

**Dan Costa: How did you get into technology yourself?**

**Kimberly Bryant**: My background is in electrical engineering with a minor in computer science. I sort of stumbled into this career path. I never really had an aspiration as a young child to be a computer gamer or anything like that. I wasn't into that, I certainly was the Barbie type of kid growing up. But I found myself on this accelerated path in math and science through middle and high school, and it was actually my guidance counselor who said, "You should look into engineering, that's a good career field. There's good pay in this and this is what you might want to consider." And I did. I had to really learn about what this career would entail once I got to college. Very different than my daughter's path or many of the other girls that we work with.

**Dan Costa: But I think that's telling too, that a lot of kids, we want to help them find their careers and find their way, but a lot of them don't know. And a serendipitous discovery can be just as powerful as something like, "I wanted to be a computer gamer since I was 12 years old."**

**Kimberly Bryant**: Absolutely. For me, one of the differences in my childhood versus my daughter's is that I was really on this gender path, even as young as six or seven. I had an older brother and he would get the things that were more science-y for Christmas, given those opportunities to play video games and things. But not me, I was certainly led to things that were not the things that were more science- and tech-oriented from my familial upbringing. When I got to school, then it became a bit more level.

For my daughter, I was very intentional when she was growing up to make sure she had the Legos and the Lincoln Logs that were all over the house at one time or the other, just as much as I was introducing her to a Barbie doll. It was very important that I did not put any barriers on what she could do or be interested in as a young girl. And I think that's important, it leads to girls finding their place in a more organic way than I did.

**Dan Costa: Black Girls Code. Talk to me about how it works. How does the organization close these gaps?**

**Kimberly Bryant**: Black Girls Code is a non-profit organization and we focus on introducing girls as young as six or seven. We stay with them until they're 17. Now, we're starting to work with our alumni in a series of after-school programs and workshops. That could be a

Saturday workshop where they're coming in and learning about virtual reality, it could be a more intensive summer program where they're coming in for two to four weeks and doing everything from full stack development, or they could be doing artificial intelligence or blockchain. We try to really reach the girls in a place where it could supplement what they're not starting to see in the classroom. So many schools are starting to teach computer science, but [we want to] give them an opportunity to go a little bit deeper and also be surrounded by a community of girls that share the same interests and background and upbringing, which makes it a bit different from an experiential standpoint.

**Dan Costa: How do you find the girls who are interested in this sort of thing?**

**Kimberly Bryant**: Now, eight years later, most of the time they find us. We've had such an extensive community of both parents and educators who will introduce girls to Black Girls Code because they've heard about us in the different cities that we participate in, and the different things we do, like coming to South by Southwest. We don't really have to do a lot of pulling into the organization now, which is a great position to be in. But when we do, we try to partner with schools or other community-based organizations that serve girls. We allow them to find the space that their girls can come into and learn about STEM and technology.

**Dan Costa: I've interviewed some people from Girls Who Code, and we've partnered with them at PCMag. Over time, the students that you're training come back to the organization and become mentors. Have you seen that too?**

**Kimberly Bryant**: Absolutely. For this South by Southwest, we brought 14 alumni students from all over the US that are attending colleges or they're about to graduate from high school. And it was really interesting leaving the airport coming over to South By Southwest to check in our hotels. I was sort of eavesdropping and ear hustling on a conversation that was happening in the backseat with one of the college students to the upcoming seniors. And she was asking them, "Where did you apply to college? How's that going?" Just listening to this very organic conversation was so fulfilling, because they were not only mentoring each other, but they really had this sisterhood so easily with each other. And they were just having this fantastic conversation.

But, we also do it on a more formal basis. We have girls that come in as junior camp counselors during the summer. We have girls that come in and do a gap year. My daughter did that and they actually work with Black Girls Code. We have girls that come back and actually become the instructors in the workshops that we do during the weekends. So we have very structured ways for them to give back, but we also love to see the organic pairings that happen, to see the older girls become mentors for the younger girls.

*Bryant at the Glamour Women Of The Year 2016 LIVE Summit (Photo by Matt Winkelmeyer/Getty)*

**Dan Costa: There have been a lot of reports about how Silicon Valley, in particular, but technology in general is less diverse than many other industries. And it seems like there's something unique to the technology industry that's holding it back, that's preventing this [issue] from moving faster. Do you have any theories for what is wrong with technology in particular that is slowing us down?**

**Kimberly Bryant**: I don't think there's anything necessarily wrong with the tech. I mean, the tech has no inherent bias, it has only the bias that we build into it. I would say that would be the same meaning for technology companies. When I was just starting college in the mid-80s, there were about 32, 35 percent of women getting degrees in computer science and now it's like 12 to 14 percent. What was happening in '85 to '89 was that was the birth of the PC, that's when Apple was becoming a thing. That was when Intel and solid-state technology was really starting to exponentially grow. And the industry started to change in terms of the dynamics of who was sitting in those chairs, who was building these products.

And they did not include a lot of women, and a lot of women that were veterans in the field began to be pushed out. So, over the next several decades we saw that continue to happen. And we saw women not even aspiring to go into those fields because this image of the male

geek became a phenom, and that's what girls did not want to be a part of. I think, now, this cultural bias is embedded in these companies, and it's going to be up to us and this generation and the next to change that narrative.

**Dan Costa: *PC Magazine's* been in business since 1982, and we've got an archive of magazines that goes all the way back to the beginning. The content is wonky, but if you go through the advertisements of these mid-80s *PC Magazines*, you really do see a lot of the gender portrayals, which would not fly today. But they were built into the PC industry in very early days.**

**Kimberly Bryant**: Very much so. I think a couple of years ago I saw a picture back from the launch of the Macintosh. And it felt like maybe it was [former US CTO] Megan Smith who [pointed it out]; I always learn from her. [She noted that] there were women in that founding group of founders that I've never seen before. And I was like, "Wait a minute, stop the presses. There's women there?" They were certainly there, but all of the images that I had grown up with and seen did not include them. So I didn't even recognize that women were very much a part of that innovation. I only knew Woz and Steve [Jobs]. Except, there were women there, too, and they did important things. I think that it's really important now to make sure that this generation of innovators don't get written out of history.

**Dan Costa: It seems like a fundamental point, but I think we should get to the issue of why it is important that these tech companies be more diverse. What does it mean from a social justice perspective, but also, what does it mean from an economic perspective, given the economy that we're living in right now?**

**Kimberly Bryant**: From a social justice and equity perspective, I think it's very important with the shifting demographics, not only in the US but also abroad, that are bringing a change. Such a change in what we look at as far as distribution of demographics in the world, where women will be the majority if we're not already there, and that the nation is really starting to change in terms of composition of who is here and who is in the workforce. It's important that as these products and solutions are being created, they meet the needs of everyone. And that won't happen if only one individual is creating all the solutions. It will miss so many of the solutions and needs that we need to attend to.

I think on the economic side, it's the same argument. Like if you're only building for one class of individual, what about the needs of black women? What about the needs of Latino women? What about the needs of gender diverse categories of individuals? Those voices are necessary right at the start of creation to ensure that everyone has an opportunity to have a solution that meets their needs, and for companies to actually be fiscally viable and be able to serve the population as it looks.

**Dan Costa: There's a great example of that first generation of machine vision AIs. We're having a very difficult time recognizing people of color and they go into the data and they're like, "Oh, it turns out that we just didn't have enough people of color in our data sets." So therefore, AI wasn't being trained properly because it had a limited data set.**

**Kimberly Bryant**: Yes. One of my very successful and brilliant mentees is on my team now and is doing a lot of work on this very thing around AI and bias. And I think her work is so vitally important to this work because if we look at AI, the trend of the future, it's going to be important that we have brilliant technologists like her pointing out where there is a gap so that we can structure AI so it doesn't either kill us all off or forget about half of us that are sitting in this space that they're supposed to be recognizing.

**Dan Costa: You've got a goal of having one million black girls coding by 2040. How far along are you? Do you think you're going to hit that goal?**

## Recommended by Our Editors

Smashing Stereotypes at Girls Who Code

**Kimberly Bryant**: I absolutely think we're going to hit that goal. Some of it is not about necessarily girls that we are directly touching, but also about these 10,000 students that we've reached to date and how they influence others. One of the things I say quite a bit is if we can teach one girl to code, she'll teach 10 more. There's an exponential growth and an exponential referral system that organically happens by the students that are engaged with BGC, and who they influence when they leave our organization and community.

**Dan Costa: How can people who are watching and seeing this video help and participate in the process?**

**Kimberly Bryant**: Well, one of the things that's very unique about Black Girls Code that I'm most proud about is that we're a very small team. There's only about 10 or 12 of us. But we are powered by a literal army of volunteers—over 2,000 each year—that help us deliver these workshops all over the US and abroad. So, if someone really wants to get involved, they can volunteer for one of our chapters as either a technical volunteer or a non-technical volunteer. They can get engaged with their companies and have them sponsor an event, sponsor a chapter, or sponsor a student. Traditionally we are non-profit, so we do take donations. Go to our website, help us to do more and more of this work, and help us spread the word.

**Dan Costa: I want to ask you some questions that I ask everybody who comes on the show. Is there a technology trend that concerns you and that keeps you awake at night?**

**Kimberly Bryant**: We already talked about that—artificial intelligence, without a doubt. I don't think we have enough technologists of color that are in the weeds, so to speak, as this is being built. And I think that's where we have the most possibility of getting it wrong. That's the one thing I want to see our girls get more involved in.

On the positive side, the technology that I'm most optimistic about is blockchain. I've really just started to learn more about what the blockchain is, and I see it as such a potential for creating equity in technology. I think it could be utilized as a tool to really correct some inequities in this space.

**Dan Costa: And what is it about blockchain technology that you have that faith in? Is it that it's distributed and that you can create an entirely new system?**

**Kimberly Bryant**: It's distributed. One of the things about our industry right now is that we have just a handful of big players that control a whole lot and it's shrinking on a daily basis. Blockchain offers the possibility of shifting control, shifting ownership and distributing it out in

a way that, if used correctly, could upend technology industry as we know it. I think that's very exciting. And I think because a lot of us don't understand it, we don't know how powerful it could potentially be.

**Dan Costa: Is there a technology that you use every day that still inspires wonder?**

**Kimberly Bryant**: I don't think that there's anything that I use every day that inspires wonder. I think a technology that I use every day that I sometimes wish I didn't was social media. I mean, the good and the bad pieces of it. But it's an opportunity for me to tap into connecting with folks far outside of my local community, and I can see ideas being pushed forward. I think it's a very powerful tool for that reason.

**Dan Costa: I think what we're discovering with social media is that as long as we're using *it* and it's not using *us*, then there can be a lot of benefits. It's when you sit back and you're allowed to be programmed by the algorithms and by the economic system that funds the platforms, that's where problems start to happen.**

**Kimberly Bryant**: I agree. But sometimes I think we don't even understand how we are being programmed, so I think it's the give-and-take piece of it that we need to figure out.

Get Our Best Stories!

Sign up for **What's New Now** to get our top stories delivered to your inbox every morning.

This newsletter may contain advertising, deals, or affiliate links. Subscribing to a newsletter indicates your consent to our Terms of Use and Privacy Policy. You may unsubscribe from the newsletters at any time.

Thanks for signing up!

Your subscription has been confirmed. Keep an eye on your inbox!

Sign up for other newsletters

# EXHIBIT 13

# BLACK GIRLS CODE INC.

# BLACK GIRLS CODE INC.

is a Delaware Charitable Nonstock Exempt Corporation primarily engaged in basic research and/or applied research. Basic research is general research to gain more comprehensive knowledge or understanding of the subject under study, without specific applications in mind. Basic research is also research that advances scientific knowledge, but does not have specific immediate commercial objectives although it may be in fields of present or potential commercial interest. It may include research and investigation in the sciences, social sciences, or humanities. Applied research is research to gain knowledge or

# BLACK GIRLS CODE INC.

discovering new scientific knowledge that has specific commercial objectives with respect to products, processes, or services. It may include research and investigation in the sciences, social sciences, or humanities.

**NOTE: 8 CFR 214.2(h)(19)(iii)(C) and 8 CFR 214.2(h)(19)(iv). NAICS Codes 541715 (SIC 8733) and 511210 (SIC 7372).**

By conducting discussions and lectures about supervising volunteers to publish solutions for millions of users, **BLACK GIRLS CODE INC., EIN: 61-2022302,** brings attention to the apps published on its corporate developer accounts, allows volunteers to promote their downloadable mobile submissions with Google Ad Grants for wider occupational opportunities, and manages the life cycle of all apps on Apple App Store and Google Play Store.

**BLACK GIRLS CODE INC.** also works with the public schools to supervise volunteers to earn The President's Volunteer Service Award and The Congressional Award. Community Classroom refers to instructional

methodology utilizing volunteer experiences at business sites to assist trainees, (29 CFR § 541.705) to acquire the competencies (skills, knowledge, and attitudes) necessary for executive-level employment (to be recruited above entry-level employment, to start a company, or to be acquihired). As a nonprofit research organization, **BLACK GIRLS CODE INC.** studies how scientific and technological advancement plays a central role in ensuring the prosperity of the United States of America (USA).

# BLACK GIRLS CODE INC.



# Modern humans evolved in Africa and made it to every part of the world.

Whether you claim your African ancestry or not, BLACK GIRLS CODE INC. assists a broad charitable class that may properly receive assistance.

# BLACK GIRLS CODE INC.



Rauhmel Fox
Director & CEO

# 501(c)(3) Purposes/Activities

Scientific

# BLACK GIRLS CODE INC.



## Assist in the scientific education of college or university students

F-1, J-1, H-1B, and M-1 international nonimmigrants are eligible.

Educational

# BLACK GIRLS CODE INC.

Charitable



# BLACK GIRLS CODE INC.

# EXHIBIT 14



# BLACK GIRLS CODE INC.
## NONPROFIT RESEARCH ORGANIZATION

January 21, 2022

Heather Hiles, Interim Chair
Board of Directors
Black Girls Code, Inc., CA Entity #: C3453990, EIN: 45-4930539, Status: SOS SUSPENDED
1736 Franklin St., 10th Floor
Oakland, CA 94612

**Subject: CEASE AND DESIST DEMAND**

To Board of Directors:

My name is RAUHMEL FOX ROBINSON.

I'm the Director and Chief Executive Officer (CEO) of BLACK GIRLS CODE INC., a Delaware Charitable Nonstock Exempt Corporation, DE Entity #: 6531001, qualified as a Foreign Nonprofit to transact business in the State of California, CA Entity # C4834848, as a nonprofit research organization having received approval from the Secretary of State of its Statement and Designation by Foreign Corporation (Form S&DC-S/N) on January 11, 2022.

The California Business Search is updated daily and reflects work processed through Friday, January 21, 2022. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C4834848   BLACK GIRLS CODE INC.

| | |
|---|---|
| **Registration Date:** | 01/11/2022 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN NONPROFIT |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **WHOMENTORSDOTCOM INC. (C4533115)** <br> To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 1 SOUTH MARKET ST UNIT 1413 <br> SAN JOSE CA 95113-1777 |
| **Entity Mailing Address:** | 1 SOUTH MARKET ST UNIT 1413 <br> SAN JOSE CA 95113-1777 |

[ Certificate of Status ]

A Statement of Information is due within 90 days of registration and then EVERY year beginning five months before and through the end of January.

**Black Girls Code, Inc., a California Nonprofit Public Benefit Corporation, CA Entity #: C3453990, was, and is, and continues to be SOS SUSPENDED as of January 21co, 2022.**

1

Reference:

https://businesssearch.sos.ca.gov/CBS/SearchResults?filing=&SearchType=CORP&SearchCriteria=black
+girls+code&SearchSubType=Keyword

The California Business Search is updated daily and reflects work processed through Friday, January 21, 2022. Please refer to document
**Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an
entity. Not all images are available online.

### C3453990   BLACK GIRLS CODE, INC.

| | | |
|---|---|---|
| Registration Date: | 03/23/2012 | *This entity is not eligible for online records* |
| Jurisdiction: | CALIFORNIA | *requests. To order a Certificate of Status,* |
| Entity Type: | DOMESTIC NONPROFIT | *please complete and return the* |
| Status: | SOS SUSPENDED | ***Business Entities Records Order Form*** |
| Agent for Service of | KIMBERLY BRYANT | |
| Process: | 2323 BROADWAY | |
| | OAKLAND CA 94612 | |
| Entity Address: | 2323 BROADWAY | |
| | OAKLAND CA 94612 | |
| Entity Mailing Address: | 2323 BROADWAY | |
| | OAKLAND CA 94612 | |

*And, so all rights to protection of the corporate name BLACK GIRLS CODE, INC. were forfeited. As
well, a suspended corporation cannot prevent another from adopting its corporate name. See Cal.
Rev & Tax. Code § 23301and Boyer v. Jones (2001) 88 Cal.App.4th 220, 224-226 [105 Cal.Rptr.2d
824].*

For information about how to revive a suspended entity, see Frequently Asked Question #4:

https://www.sos.ca.gov/business-programs/business-entities/faqs#suspension-question4

Question #4: What do I do if my business entity is suspended/forfeited and another party has reserved the
name or another entity is using the name?

Answer #4: The suspended/forfeited business entity must change its name, obtain a release of name
reservation from the party who has reserved the name, in certain circumstances, obtain written consent to
use the name or convince the other entity to change its name.

*As such, the corporate name BLACK GIRLS CODE INC. no longer belongs to your suspended
entity.  The only power your board of directors has is to amend its articles of incorporation of
Black Girls Code, Inc., CA Entity #: C3453990, in order to revive with a new company/business
name and inform the IRS, CA FTB, CA Attorney General Registry of Charitable Trusts, sponsors,
donors, volunteers and the public of the change.*

In my official capacity, I demand that the board of directors of the suspended entity, immediately resolve
to remove any, and all, references to the status of Black Girls Code, Inc., CA Entity #: C3453990, as a
corporate entity in the State of California and refrain from engaging in any business, within this state, and
without, in the name of BLACK GIRLS CODE INC.

All affiliated chapters must immediately discontinue using BLACK GIRLS CODE INC. name, especially
since the suspended entity did not request nor did the IRS issue a group exemption letter. The IRS has
not accepted any requests for group exemption letters beginning June 17, 2020, until publication of the



**BLACK GIRLS CODE INC.**
NONPROFIT RESEARCH ORGANIZATION

final revenue procedure or other guidance. A name change can be reported by calling IRS Tax Exempt and Government Entities Customer Account Services at (877) 829-5500 (toll-free number)

Black Girls Code, Inc., CA Entity #: C3453990, the suspended entity, must also report any changes to the responsible party to the IRS within 60 days by using IRS Form 8822-B PDF, Change of Address or Responsible Party – Business.

"Responsible party" is the person who has a level of control over, or entitlement to, the funds or assets in the name of Black Girls Code, Inc., CA Entity #: C3453990, the suspended entity, that, as a practical matter, enables the individual, directly or indirectly, to control, manage or direct the entity and the disposition of its funds and assets.

This demand includes discontinuing the use of the blackgirlscode.com and blackgirlscode.org urls/domains and any reference to the corporate entity or non-profit corporation status on a Facebook page, any social media sites, business advertising, or business operations, fundraising sites such as Tiltify, Benevity. See attached list.

***Be advised, any person who attempts or purports to exercise the powers, rights, and privileges of Black Girls Code, Inc. that has been suspended … is punishable by a fine of not less than two hundred fifty dollars ($250) and not exceeding one thousand dollars ($1,000), or by imprisonment not exceeding one year, or both fine and imprisonment.***

You are also hereby directed to file for cancellation of the federal trademark registration of the mark that consists of standard characters, without claim to any particular font style, size or color, and for any, and all, international classes, IC 035, IC 036, IC 041, and IC 042, since the secondary meaning was approved based on the association with BLACK GIRLS CODE INC. name as the producer or source.

Susan Borden Evans, Attorney of Record, for Black Girls Code, Inc., CA Entity #: C3453990, a CORPORATION of California, having an address of 1736 Franklin Street, 10th Floor Oakland, California 94612, United States, successfully argued the character mark has become distinctive of the goods/services through Black Girls Code, Inc.'s substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of the statement made via the internet transmission on May 14, 2021. Necessarily, BLACK GIRLS CODE INC. will file a petition for cancellation of the federal trademark using state registration as evidence of ownership starting in 2022.

If the board of directors of Black Girls Code, Inc., CA Entity #: C3453990, refuses to act, and continues as an unincorporated association (usually used to accomplish limited short-term goals under $5,000), in my official capacity as the top executive of BLACK GIRLS CODE INC., I will take any, and all, actions

3

authorized under California law, including any available legal remedies. <u>You should further note that, as a suspended corporation, Black Girls Code, Inc., CA Entity #: C3453990, is not permitted to participate in any legal actions or file any responsive pleadings to such complaints. Palm Valley Homeowners v. Design MTC (2000) 85 Cal.App.4th 553, 559.</u>

To ensure there is no accusation of BLACK GIRLS CODE INC. violating the Lanham Act, I have defined the Delaware Charitable Nonstock Exempt Corporation as follows:

North American Industry Classification System (NAICS) Code 5417 - Scientific research and development services

This industry group comprises establishments primarily engaged in conducting original investigation, undertaken on a systematic basis to gain new knowledge (research), and in the application of research findings or other scientific knowledge for the creation of new or significantly improved products or processes (experimental development).

Standard Industrial Classification (SIC) Code 8733—Noncommercial Research Organizations Establishments primarily engaged in performing noncommercial research into, and dissemination of, information for public health, education, or general welfare.

<u>Nonprofit research organization</u> is an organization that is primarily engaged in basic research and/or applied research.  Basic research is general research to gain more comprehensive knowledge or understanding of the subject under study, without specific applications in mind. Basic research is also research that advances scientific knowledge, but does not have specific immediate commercial objectives although it may be in fields of present or potential commercial interest. It may include research and investigation in the sciences, social sciences, or humanities. Applied research is research to gain knowledge or understanding to determine the means by which a specific, recognized need may be met. Applied research includes investigations oriented to discovering new scientific knowledge that has specific commercial objectives with respect to products, processes, or services. It may include research and investigation in the sciences, social sciences, or humanities.

BLACK GIRLS CODE INC. applied for recognition by the IRS as 509(a)(2) publicly supported organization for research.  While an application is pending, BLACK GIRLS CODE INC. can treat itself as exempt from federal income tax under section 501(c)(3).

The National Taxonomy of Exempt Entities (NTEE) Classification System was developed by The National Center for Charitable Statistics as part of its keyword searching criteria. This is used by Guidstar. Choosing a good, representative NTEE code will assist an organization to be more easily found by users searching the database.

NTEE Code U40 Engineering & Technology - BLACK GIRLS CODE INC. will conduct research in the area of science which applies mathematical and scientific principles to the solution of practical problems for the benefit of society.

Jennifer Tam and Diara M. Holmes, Loeb & Loeb LLP, represented Black Girls Code, Inc., CA Entity #: C3453990, in 2017 and defined Black Girls Code, Inc., CA Entity #: C3453990, the suspended entity, as NTEE Code B19 Nonmonetary Support N.E.C. in the Education Category and stated a substantial part of the entity's support comes from the general public.



# BLACK GIRLS CODE INC.
## NONPROFIT RESEARCH ORGANIZATION

| | |
|---|---|
| **EIN** | 45-4930539 |
| **Name in IRS Master File** | BLACK GIRLS CODE INC |
| **Address** | PO BOX 640926<br>SAN FRANCISCO, CA 94164-0926 |
| **NTEE Code** | B19 |
| **NTEE Classification** | Nonmonetary Support N.E.C. |
| **NTEE Type** | Educational Institutions and Related Activities |
| **Classification** | Charitable Organization |
| **Subsection** | 501(c)(3)  (View the list of codes) |
| **Activities** | |
| **Foundation Status** | Organization which receives a substantial part of its support from a governmental unit or the general public   170(b)(1)(A)(vi) |
| **Deductibility** | Contributions are deductible |
| **Affiliation** | Independent - the organization is an independent organization or an independent auxiliary (i.e., not affiliated with a National, Regional, or Geographic grouping of organizations). |
| **Group Name** | [Not Applicable] |
| **Ruling Date** | February, 2018 |

Non-Disparagement. I expect the Board of Directors, its founder, staff, volunteers, or any designated representative of the revived entity with a new name, will not at any time make, publish or communicate to any person or entity or in any public forum any defamatory or disparaging remarks, comments, or statements concerning BLACK GIRLS CODE INC., or its activities, or any of its directors, officers, volunteers, donors, and sponsors.

"Truth, of course, is an absolute defense to any libel action." (Campanelli v.Regents of Univ. of Cal. (1996) 44 Cal.App.4th 572, 581-582 [51 Cal.Rptr.2d891].)

Respectfully submitted without prejudice or malice towards the Board of Directors or its founder,

RAUHMEL FOX ROBINSON
DIRECTOR AND CEO
BLACK GIRLS CODE INC.
Email: ceo@blackgirlscodeinc.org



# BLACK GIRLS CODE INC.
## NONPROFIT RESEARCH ORGANIZATION

List of website links:

https://www.guidestar.org/profile/45-4930539

https://www.charitynavigator.org/ein/454930539

https://causes.benevity.org/causes/840-454930539

https://www.brightfunds.org/organizations/black-girls-code-inc

https://tiltify.com/black-girls-code

https://donorbox.org/support-black-girls-code

https://www.grapevine.org/nonprofit/GwSDb/Black-Girls-Code-Inc

https://www.globalgiving.org/donate/84010/black-girls-code/

https://greatnonprofits.org/org/black-girls-code-inc

https://secure.givelively.org/donate/black-girls-code-inc/

https://knackshops.com/products/black-girls-code-donation-pin-card

https://www.givetrack.org/orgProfile/124/Black-Girls-Code-Inc

https://www.lyft.com/blog/posts/join-lyft-in-supporting-black-girls-code

https://www.youtube.com/c/BlackGirlsCode

https://joingenerous.com/black-girls-code

https://www.crunchbase.com/organization/black-girls-code

https://www.facebook.com/BlackGirlsCodeOrg

https://twitter.com/blackGirlsCode

https://blackgirls-code.medium.com/

https://www.linkedin.com/company/black-girls-code

https://blackgirlscodep3.netlify.app/

https://blackgirlscode2019.netlify.app/

https://www.bonfire.com/org/black-girls-code-inc-454930539/

https://milliegiving.com/nonprofits/45-4930539/black-girls-code-inc

https://givevia.com/charities/black-girls-code-inc

https://opengovus.com/sam-entity/007411287

https://www.justgiving.com/454930539

https://www.every.org/blackgirlscode

https://agentsofwakanda.com/agent/black-girls-code/

https://donorbox.org/blackgirlscodetheworld/

https://donorbox.org/developers-support-black-girls-code

https://dogood.global/black-girls-code-based-in-the-usa/

https://www.instagram.com/blackgirlscode

https://www.linkedin.com/company/black-girls-code

# Delaware

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "BLACK GIRLS CODE INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TENTH DAY OF JANUARY, A.D. 2022.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CORPORATION IS AN EXEMPT CORPORATION.

Jeffrey W. Bullock, Secretary of State

6531001   8300C

SR# 20220071032

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202352805

Date: 01-10-22

# State of California
## Secretary of State

## Certificate of Qualification

I, SHIRLEY N. WEBER, Ph.D., Secretary of State of the State of California, hereby certify:

Entity Name:     BLACK GIRLS CODE INC.

File Number:     4834848

Registration Date:   01/11/2022

Entity Type:     FOREIGN CORPORATION

Jurisdiction:     DELAWARE

The above referenced entity complied with the requirements of California law in effect on the Registration Date for the purpose of qualifying to transact intrastate business in the State of California, and that as of the Registration Date, said entity became and now is qualified and authorized to transact intrastate business in the State of California, subject however, to any licensing requirements otherwise imposed by the laws of this State and that the entity shall transact all intrastate business within California under the Entity Name as set forth above.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of January 20, 2022.

**SHIRLEY N. WEBER, Ph.D.**
**Secretary of State**

DMP

# EXHIBIT 15



**DLA Piper LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
www.dlapiper.com

Tamany Jean Vinson Bentz
Tamany.Bentz@dlapiper.com
T   310.595.3052
F   310.595.3352

February 15, 2022
*Via E-Mail*

Rauhmel Fox Robinson
Director and CEO
Black Girls Code Inc.
ceo@blackgirlscodeinc.org

Re:     **Black Girls Code Inc.**

Dear Mr. Robinson:

        We write in response to your letter of January 21, 2022 (the "Letter").  As you know, we have been retained by Black Girls Code ("BGC") to look into the matters raised by your Letter.  It is clear to us that your demands that BGC cease using the trademark BLACK GIRLS CODE and relinquish its federally registered trademark are specious, and an opportunistic attempt to take advantage of the good will BGC has built over years of using the mark BLACK GIRLS CODE.

        As you are aware, BGC is a non-profit organization founded to advance equal representation for Black women in the tech sector.  For over a decade, BGC has worked to build pathways for Black girls to enter the tech marketplace as builders and creators by introducing them to skills in computer programming and technology.  Our client has been continuously using the BLACK GIRLS CODE mark in connection with its services since at least 2011.  During that time, our client has built a strong reputation for these high-quality services, including receiving numerous awards and grants and entering into partnerships with a host of other well-known companies in the tech space.  BGC has also secured a federal registration for the BLACK GIRLS CODE mark.  BGC therefore has exclusive and nationwide rights to utilize the BLACK GIRLS CODE mark, irrespective of its corporate name.[1]

---

[1] Your Letter appears to be premised on the misconception that a party's rights to use a particular trademark derive from its corporate name.  They do not.  Rather, trademark rights, including ownership, derive exclusively from the *use* of a given trademark in commerce.  *See S. Cal. Darts Ass'n v. Zaffina*, 762 F.3d 921, 930 (9th Cir. 2014) ("A party's ownership of a protectable mark is determined on the basis of priority of use in commerce.  That is, the party claiming ownership must have been the first to actually use the mark in the sale of goods or services.") (internal citations and quotations omitted).  As noted, BGC and its predecessors have been using the BLACK GIRLS CODE mark since at least 2011, long before you started using the mark.  Thus, even if BGC's corporate registration were properly found to have lapsed, neither this nor your infringing corporate registration would alter any party's rights to use the BLACK GIRLS CODE mark.  It likely goes without saying that BGC will therefore not be cancelling its federal trademark or ceasing use of its BLACK GIRLS CODE mark.



Rauhmel Fox Robinson
February 15, 2022
Page Two

Your registration of the "Black Girls Code Inc." corporation and your other uses of the full and unaltered BLACK GIRLS CODE mark[2] are certain to cause confusion as to the origin and/or association of the respective parties' goods and services. Specifically, your use of the BLACK GIRLS CODE mark violates BGC's exclusive rights because you are using BLACK GIRLS CODE (1) to seek donations, *see* Attachment 1; (2) to seek volunteers, *see* Attachment 2, and (3) to advertise your services as a trainer for young women. These uses will inevitably result in consumers mistakenly believing that you and your corporation's activities are in some way associated with, officially sanctioned by, or endorsed by our client, all to the detriment of our client. It is also plain that you are actively endeavoring to *create* such consumer confusion, as you are claiming on Twitter that your corporation is "upgraded from" our client, *see* Attachment 3, that your corporation "acquired" the name Black Girls Code from our client, *see* Attachment 4, and that you are BGC's "new leadership," *see* Attachment 5, none of which is true.

Please consider yourself on notice that your use of the BLACK GIRLS CODE mark and any of BGC's other intellectual property is without license or authorization from BGC. This unauthorized use constitutes, at minimum, unfair competition in violation of several federal and state laws. Given your admitted knowledge of BGC, its mission, and its use of the mark, and particularly in light of your active efforts to create consumer confusion, your infringement is a willful violation of BGC's rights under the law, which could significantly increase your liability.[3] Please be advised that BGC views its intellectual property rights as valuable business assets and will take all necessary steps to enforce them.

We are also greatly concerned to learn that you have been contacting third party vendors, such as donorbox, and claiming that BGC no longer has the right to use its BLACK GIRLS CODE mark. As outlined above, this is flatly and demonstrably false. Please be advised that these actions could expose you to additional liability, including but not limited to for tortious interference with contract.

In light of the foregoing, BGC requests that you immediately:

1. Cease and forever refrain from using or seeking to register trademarks and/or names containing the term BLACK GIRLS CODE or any confusingly similar terms;

---

[2] Including but not limited to the uses at the URLs https://www.blackgirlscodeinc.org/, https://twitter.com/BlackGirlsCode  and https://www.paypal.com/donate/?hosted_button_id=BUEQRPT89CL6G

[3] Your apparent attempts to limit your liability by professing on LinkedIn that you will limit your activities to avoid the Lanham Act do not absolve you of liability. In fact, your direct attack on a non-profit is worse than typical forms of trademark infringement. Courts routinely recognize that the distinct identity of non-profit organizations, such as BGC, is lost when someone else uses a confusingly similar name and makes it exceedingly difficult for the nonprofit to raise funds and attract members and support. *See* 1 McCarthy on Trademarks and Unfair Competition § 9:5 (5th ed.).



Rauhmel Fox Robinson
February 15, 2022
Page Three

2.  Withdraw or cancel any pending applications or registrations for trademarks or service marks containing the term BLACK GIRLS CODE or any confusingly similar terms;

3.  Assign your rights in the domain www.blackgirlscodeinc.org to BGC;

4.  Cancel the registration of "Black Girls Code Inc." with the Delaware Department of State, and take any and all actions necessary to immediately and forever dissolve and wind down Black Girls Code Inc.;

5.  Provide us with a list of any and all third parties you have contacted concerning BGC and/or its authorization to utilize the BLACK GIRLS CODE mark and name; and

6.  Formally withdraw any complaints you have filed with third parties concerning BGC.

Please confirm in writing that you are agreeable to these requests no later than February 17, 2022. If I do not hear from you by this date, I will assume you are not willing to resolve this matter amicably.

This letter is made without prejudice to any other rights or remedies that may be available to BGC. Nothing contained in this letter should be deemed a waiver, admission, or license by BGC, and BGC expressly reserves the right to assert any other factual or legal positions as additional facts come to light or as the circumstances warrant.

Best regards,

Tamany Jean Vinson Bentz

cc:    Holly Lake
        Colin Steele

# ATTACHMENT 1



**Donate to**

## BLACK GIRLS CODE INC.

EIN: 61-2022302. Donations may be tax deductible to the fullest
extent permitted by law. Please check with your tax advisor.

| $250.00 USD | $1,000.00 USD | $5,000.00 USD |
|---|---|---|

Enter an amount

☐ Make this a monthly donation  ?

☐ I'd like to add to my donation to help offset
the cost of processing fees

**Donate with PayPal**

**Donate with a Debit or Credit Card**

**Cancel and return to BLACK GIRLS CODE INC.**

Help & Contact    Security    Report Inappropriate Content    Feedback    English ∧

©1999-2022  PayPal, Inc. All rights reserved.  |  Privacy  Legal  Policy updates

# ATTACHMENT 2

BLACK GIRLS CODE INC ⬛ Appl...    +

twitter.com/BlackGirlsCode_

← **BLACK GIRLS CODE INC** 🍎 **Applied Scientifi...**    **Follow**
117 Tweets

**BLACK GIRLS CODE INC** 🍎 **Applied Scientific Research** @.. · Jan 26    ···
Join BLACK GIRLS CODE INC. now!

Rauhmel Fox, Director & CEO, is training 10,000 volunteer iOS developers to code iOS mobile applications for BLACK GIRLS CODE INC. and publish them on the Apple App Store.

Email ceo@blackgirlscodeinc.org
Must have an Apple MacBook Air/Pro laptop.



0:10    67 views

🔍 Search Twitter

**What's happening**

World news · 5 hours ago
**US asks Honduras to extradite former president Juan Orlando Hernández**

🌀 TRF Climate ✔ · 2 hours ago
**India's biggest solar farms reveal a dark side to the world's push for renewable energy**

🟡 Euronews Next ✔ · 58 minutes ago
**Belgium introduces a four-day workweek...and gives employees the right to ignore their boss after work** 👀

🔸 Reuters Sports ✔ · Yesterday
**Sprinter Sha'Carri Richardson sees double standard in handling of Kamila Valieva doping case**

**Don't miss what's happening**
People on Twitter are the first to know.

**Log in**    **Sign up**

# ATTACHMENT 3

BLACK GIRLS CODE INC  Applied Scientifi...
59 Tweets

**Follow**

BLACK GIRLS CODE INC  Applied Scientific Research @... · Jan 26  ···
Effective January 11, 2022, BLACK GIRLS CODE INC. #blackgirlscodeinc, a
Delaware Charitable Nonstock Exempt Corporation, has upgraded from
Black Girls CODE, Inc. #blackgirlscode, the suspended California Nonprofit
Public Benefit Corporation. All parties notified January, 25 2022.



0:06   22 views

Search Twitter

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

What's happening

#SID2022 · LIVE
People around the globe

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

# ATTACHMENT 4



**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

# ATTACHMENT 5

BLACK GIRLS CODE INC 🍎 Applied Scientifi...
117 Tweets

**BLACK GIRLS CODE INC 🍎 Applied Scientific Research** @... · Feb 9

Reminder:

BLACK GIRLS CODE INC. has new leadership.

Meet Rauhmel Fox, CEO @RauhmelFoxCEO

Visit blackgirlscodeinc.org or send email inquiries to ceo@blackgirlscodeinc.org



Search Twitter

Barrier Reef

euronews · 51 minutes ago
**Meet the Afghans making Europe their home after Taliban takeover**

Reuters Sports · Yesterday
**Sprinter Sha'Carri Richardson sees double standard in handling of Kamila Valieva doping case**
Trending with Sha'Carri Richardson, Kamila Valieva

Trending in United States
**Kim K**
Trending with Julia Fox

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

Follow