UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BGC INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>RAUHMEL FOX ROBINSON, et al.,<br><br>                    Defendants. | Case No.  22-cv-01582-JSW<br><br>**ORDER CONDITIONALLY GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Re: Dkt. No. 43 |

The Court has received and considered the motion to withdraw as counsel for Defendants, filed by Clark Hill LLP and Clark Hill PLLC ("Clark Hill").  The Court finds good cause and GRANTS the motion.  Mr. Robinson has stated that he intends to represent himself.  Accordingly, Mr. Robinson shall proceed hereinafter *pro se* unless and until counsel appears on his behalf, and the parties must serve him personally with all papers and motions in this matter.

When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel, leave to withdraw may be subject to the condition that papers continue to be served on counsel unless and until the client appears by other counsel.  *See* Civ. L.R. 11-5(b).  As a corporation, Defendant Black Girls Code, Inc. cannot represent itself.  *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); N.D. Civ. L.R. 3-9(b). Therefore, the Court conditionally GRANTS counsel's motions to withdraw with respect to Black Girls Code, Inc. on the condition that papers from this case will continue to be served on Clark Hill for a period of thirty-days from the date of this Order, or until new counsel files a notice of appearance, whichever is sooner.

Black Girls Code, Inc. must file a substitution of attorney no later than 30 days from the date of this Order, and failure to retain substitute counsel may result in the Court entering a

judgment against it or dismissing its counterclaims.

　　　　Counsel are hereby ordered to serve this Order upon Black Girls Code, Inc. and Mr. Robinson by no later than July 29, 2022.

　　　　**IT IS SO ORDERED**.

Dated: July 25, 2022

JEFFREY S. WHITE
United States District Judge

United States District Court
Northern District of California