UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BGC INC.,

    Plaintiff,

v.

RAUHMEL FOX ROBINSON, et al.,

    Defendants.

Case No. 22-cv-01582-JSW

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 84, 85

On July 3, 2023, the Court granted Plaintiff's motion to enforce a settlement agreement and concluded that Plaintiff was entitled to its attorneys' fees. On July 24, 2023, Plaintiff filed a declaration regarding the amount of fees incurred. Defendants' opposition to the amount of fees was due on July 31, 2023, but they have not filed an opposition.

On July 25, 2023, new counsel entered an appearance on behalf of both Defendants and filed a notice of appeal. In general, a court retains "the power to award attorney's fees after the notice of appeal from the decision on the merits" has been filed. *Masalosalo v. Stonewall Ins. Co.*, 718 F.2d 955, 957 (9th Cir. 1983).

Accordingly, the Court ORDERS Defendants to show cause in writing by August 8, 2023, why it should not issue a ruling on Plaintiff's request for fees.

**IT IS SO ORDERED**.

Dated: August 1, 2023

                                                                                      _____
JEFFREY S. WHITE
United States District Judge